IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANSON M. RUSSELL; PERCY RAY AND BARBARA D.
WESTBROOK TERRY F. AND BEVERLY ADKISON;
LEEMON D. AND VIRGIE BACKLIN; JERRY BANGMAN
SR.; GEORGE T. AND CHARITY L. BARBOUR SR.; ERNEST
W. AND ETTA B. BEARD; JIMMY DELL BELK; JAMES
BOYINGTON; BENNIE C. AND LYNDA L. BROWN; COLUM K.
AND JUANITA W. BYRD; DONNIE R. AND BEULAH ANN
CALLOWAY; LEWIS CHURCH; JOSEPH J. COLEMAN SR.;
RODNEY AND PHYLLIS COLLINS; ISRAEL COX; TERRY G. AND
MITZI CREEL; JAMES M. CRUMP; TEDDY S. DAVIS; ELLIS DAVIS
JR.; ERNEST AND JACQUELINE DOTSON; CHARLES
FORTINBERRY; AUBERY AND ARCHIE REE FRANKLIN; JOHN E.
FRITZ SR.; KARL GARY; CHARLES H. AND MARILYN L. GECK;
DOMINIC AND DEBBIE KAY GODPODINOVICH JR.; MARVIN W.
GRADY SR.; JOHN H. AND LISSIE GRAY SR.; GLENDELL AND
MARY NELL GREEN; EMORY P.GREENE; CARL D. AND PEGGY
HAMMOND; CHESTER B. HAMMOND SR.; DAVE M. HITT; BOBBY
Q. AND LINDA KELLY HUGHES SR.; ALBERT AND LIZETTE C. HURT
JR.; ANDREW JOHNSON; EXCEL L. AND TRESSIE JOHNSON;
MARCELL JOHNSON; AARON N. JOHNSTON JR.; ADOLPHUS W. AND
RUTH MAE JONES; MATTIE M. JONES; WILLIE C. AND CRYSTAL L.
JONES; LARRY D. JONES II; MELVIN E. JONES SR.; JAMES W. AND
SARA H. KRISS; ELIZABETH AND KIPPY LADNIER,CYNTHIA L. LEE;
GARRY L. AND JANICE L. LEHMAN; JOHN W. LENOIR JR.; ALTON B.
AND KATHRYN C. LETTS; JOSEPH C. AND JINCY E. LIND JR.; JULIUS J.
AND PATSY M. LIZANA; JAMES E. LUNFORD; ROBERT EARL McCANTS;
ALMA McDONALD; JAMES E. AND BEULAH E. MILLER SR; JAMES P. AND
EMMA LEE MILLER SR.; L.C. AND JUANITA MONROE; GARLAND S. AND
RUBY DIANE NEWSOME SR.; JIMMY D. ODEM; THELMA PARKER;
WILLIAM C. PEARMAN; WALTER J. AND SHEILA PETERSON JR.; JUNIOR W.
AND JOY CARLISE PHILLIPS; CHARLES T. PITTS; FRITZ AND DEBBIE C.
PORTER JR.; BOBBY W. AND ANNE RAY; SADIE D. AND ROBERT ROBERTS;
SEBRON E. AND IRENE L. ROBINSON; CARA L. RODGERS; RANDLE
ROGER; MELVIN A. AND EDITH H. ROWELL; DELOIS H. SEAL; JOHNNIE E.
AND VICTORIA SHAW; EARNEST AND GLORIA SMITH; WILLIAM C.
AND INEZ SMITH.SR.; KENTON SPIKES; MARK C. AND GWENDOLYN
STALLWORTH; ALONZO C. AND MILDRED STINSON SR.; JAMES E.
WALKER SR.; RALPH E. AND ROSE M. WALLER; EARNEST WEATHERSBY
JR.; WALTER AND MARILYN WILKERSON; RICKEY R. WOODS;

3:03cv927LN

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 2 1 2003

BY _____ DEPUTY

FRANK J. AND MARCIA DOUSE SR.; TERRY A. AND IRENE
DUBOIS JR.; CLARENCE AND MARILYN DWYER; PHILLIP J.
AND CATHERINE DAIGLE SR.; HENRY J. GARIG; AUGUST A.
AND MILLY GISCLAIR; WALTER GEORGE JR.; KENNETH
GARY; ANTHONY W. AND SHARON BURTON; MICHAEL A.
AND DONNA CAMARDELLE; ALLEN GLENN CLARK; ROGER
AND LUCY GONDAY; LEON AND SYBIL HIGGINBOTHAM;
ETIENNE J. AND MARILYN ALLENO; ELLWOOD HENLEY;
JEREMY AND CRYSTAL BALL; THOMAS BELTON SR.;
CHARLES AND KATHY HARRIS SR.; TYRONE BOLTON;
ARMONDO AND MELISSA GUEDIMIN; PETER BROCK;
WINDELL AND BRENDA GRAYON SR.; VERNON AND EMMA
BROCKMAN; WINSTON LAMBERT; CHARLES N. AND
MARY JOYCE ANDREWS; DENVER AND BRINDA POWELL;
JAMES J. AND SANDRIA ALSTON JR.; SIMON H. BEDWELL SR.;
CLIFTON DR. AND DORIS BURNEY SR.; MICHAEL J. CAMPBELL;
JOHNNY LEE CHESTNUT; BILLY F. COMPTON; DAVID C. AND
DAWN DEARMON II; EDGAR M. AND ORA LEE GORDON;
ROBERT L. HOWELL; ROSIE A. AND DEMPSEY JACKSON;
FRANK JAMES; ROBERT RAY AND KELLI JOHNSON;
JOHNNY J. AND GRACE JONES; GEORGE D. LESTER JR.;
ANDRUS LEVERETTE; JANICE G. LOTT; I.V. AND JENNIFER
LOVE JR.; ZANNIE LOVELESS JR.; JOHN W. AND WILMA
LOWREY; ROBERT LUCAS; FRANK L. AND SANDRA LUDGOOD;
LAWANNA L. AND JOHNNY LUKE; MICHAEL TYRONE MAIBEN;
LEO AND ALICIA MAJOR; ELLIOT AND SHIRLEY MALLETT JR.;
MORESIA MARK; RAIFORD AND SANDY MARK; RAY A.
AND PHYLLIS MARSHALL SR.; STEVEN R. AND BECKY MARTIN;
TERRY MARTIN SR.; GRADY LEE AND MARION MASON; MARION
AND GRADY MASON; CLEVELAND AND SHIRLEY MASSEY JR.;
LARRY R. AND TERESA MASSINGILL; BRENDA L. AND DAVID
MATHEWS; DONNIE R. AND JOYCE MATHEWS; JOHN D. AND
BRENDA MATHEWS; CAMPSTER C. AND ZOLA MATHIEU SR.;
JAMES R. AND ARAEAN MATTHEWS; RUTH W. MAYHOUGH;
TOM L. AND DOLORES MAYS; DAVID R. AND BESSIE R.
McBRIDE JR.; HELEN M. McBRIDE; ELBERT W. AND JENNIFER
McCALL; WILLIE AND DOROTHY McCALL JR.; CALVIN D.
McCANN; JUNITA McCANN; WILLIE M. AND CLARISSA McCANN
SR.; THOMAS G. AND JUANITA McCANTS; WALTER C. AND
LINDA McCANTS; WILLIAM E. McCANTS; WILLIAM
McCONNELL; MACK C. McCOVERY; ELBERT AND ODELA McCUNE;
CHARLES A. McDANIEL II; BILLY R. AND LILLIAN McDONALD SR.;
PAUL G. McGEE; HERBERT McINTOSH; MICHAEL L. AND
SUSAN McINTOSH; GARY R. McLAIN SR.; TERRY K. AND
PATRICIA McLENDON; THOMAS N. AND BRENDA McLURE;
DERRICK L. AND JACQUELINE McMILLAN; JENNIE V.

2

90

McMILLAN; EMMIE E. McMILLIAN; LIDDELL McNAIR; JAMES
AND EMLY McPHAIL JR.; BENJAMIN T. AND DENISE McSWAIN;
ROBERT L. AND JUANITA MENDENHALL; DAREN W. AND
CATHY MILAZZO; FREDERICK C. AND MARY MILLENDER;
ROBERT E. AND DEBORAH MILLENDER; HAROLD R. AND
LILLIE MILLER SR.; WOODROW MILLINDER; HENRY E.
MILTON; ROBERT L. AND FRANCES MIXON SR.; WARD
MONTGOMERY JR.; DELOISE W. MOODY; LIZZIE D. MOODY;
PERSHING M. AND JOANN MOONS; ALBERT MOORE JR.;
BRUCE W. MOORE SR.; DARRELL R. MOORE; RAY G. MOORE;
HENRY S. AND ALLIE MORGAN JR.; A.C. AND YVONNE
MORRISETTE; HOWARD L. AND LAURA MOSELY; ALVIN
L. AND OLIVIA MOSLEY; CHARLES W. MOSLEY; GABRIEL
E. AND LILLIE MOSLEY; ROSE LILLY AND LARRY MOSLEY;
DONALD K. AND SUSAN MOSS; LANNY C. AND AMY MOSS;
SUSAN L. AND DONALD MOSS; RANDY AND BLANCE
MOYE; TEDDIE L. MULLINS; CLEETHEL L. AND EARLY
MUMFORD; VICTOR T. AND ANNA MUNN; TRAVIS E. AND
KATHY MURPHREE; ARTHUR W. AND ELIZABETH NALL;
W.T. AND BARBARA NARAMORE JR.; BOBBY R. AND PEGGY
NECAISE; WILLIE J. AND BERTIE NECAISE; FRED AND
BOBBY JEAN NELSON; JAMES C. AND SHARON NELSON;
JOE NELSON SR.; LARRY L. NELSON; HELEN R. NETTLES;
JOHN R. NETTLES; KEVIN L. NETTLES; JERRY AND GWEN
NIX; ROBERT E. AND CARRIE NIXON; BERNARD NOBLE;
CHRISTOPHER J. NOBLE; LILLIE M. NORWOOD; SAM AND
JULIA NUTALL JR.; ABDUL-HAKEEM OMARR; ROGER T. AND
PATRICIA OTTO; H.B. OWENS JR; BETTIE J. PARKER; JAMES M.
AND POLLY PARKER; JAMES EVERETTE AND SANDRA
PARKER; KIMBERLY J. PARKER; L.S. PARKER; LINDEN L.
PARKER; MATTIE B. PARKER; SIDNEY W. AND CAROLYN
PARKER; BONNIE J. PATRICK; ANNIE R. PATTERSON; ONEIDA
D. PEARCE; OLLIE J. AND HELEN PEARSON; SHIRLEY
PEARSON; ELMER McCOY PETERSON; HERBERT L. PETTWAY;
JAMES E. PETTWAY SR.; WILLIE J. PETTWAY; FRED LEE
AND JOSEPHINE PHILLIPS; GLORIA M. PHILLIPS; JOYCE
AND MICHAEL PHILLIPS; KENNETH E. AND
STEPHANIE PHILLIPS; RUDOLPH AND LIDA PHILLIPS;
JAMES C. AND CONNIE PIERCE SR.; LOWELL AND MARGIE
PIERCE; CHUCKIE G. AND SARAH PIPKINS; MATTHEW J.
AND CAROL PITALO; DALTON AND DEBORAH PITTMAN;
IVORY L. POELLNITZ; ROSIE AND EARNEST POINDEXTER;
MARY F. POLK; WILLIAM T. AND MARY POTTS; GENE O.
AND MIRANDA POWE; GEORGE E. AND AUGUSTINE
POWE; JOHNNY L. AND MELINDA POWE JR.; ROBERT LEE
POWE; ANNIE C. AND RUDOLPH POWELL; JAMES RICHARD

3

92

AND DONNA POWELL SR.; VIRGIE L. PREYEAR; ROOSEVELT
AND MAXINE PRICE; STEPHEN V. AND KATHERINE
PRITCHARD; CHRISTOPHER L. PUGH; ELLA L. AND JAMES
PUGH; JAMES AND ELLA PUGH; SALEEM AND SAKINAH
QAWIY; LARRY A. QUARLES; AUNDREA AND TANGIE
QUINNEY; JOE LOUIS AND PECOLA QUINNIE SR.; WILLIE
D. AND ROSIE QUINNIE SR.; ROBERT AND GEORGIA
QUIOVERS JR.; TERRY A. AND BRUNELL RAINE SR.;
FREDDIE M. AND EDNA RANDALL JR.; WILLIE L. AND
LEOLA RANSOM; J.C. AND CLARA RATCLIFF; DOROTHY R.
RAWLS; JAMES W. RAWLS SR.; COLLIE AND SYLVIA
REED; JIMMIE L. AND EVELY REED; GWEN W. REMBERT;
DOROTHY FAYE REYNOLDS; ODIS RICH; JOHN E. AND
CYNTHIA RICHARDS SR.; ROOSEVELT AND FRANCES
RICHARDSON; DANNY W. AND JANA RICHBURG; ANDRE S.
AND DIANNA RICHMOND SR.; BERNARD E. AND
VONCEILE RILEY; OLLIE M. AND PATRICIA RILEY SR.;
ROY AND STELLA RIVERS; JAMES M. ROBERTS; LUCILLE
ROBERTS; EVANS R. AND EDITH ROBERTSON; ALBERTA P.
AND WAYNE ROBINSON; DARYL A. ROBINSON; EARL T.
ROBINSON; LAVARN ROBINSON; LORENZO N. AND
DARLENE ROBINSON; TOMMY L. AND GWENDOLYN
ROBINSON S.R; WAYNE A. AND ALBERTA ROBINSON;
ARCHIE LEE AND CATHERINE ROGERS JR.; CHARLES A.
AND GWENDOLYN ROGERS; ROY H. AND LUCILLE
ROGERS SR.; ROBERT L. AND MARY ROSE; JOHN H. AND
VIRGINIA ROSS; ROSE M. ROSS; JAMES R. AND VERDIE
RYALS SR.; VERDIE W. AND JAMES RYALS; VINCENT A.
SAFFORD; CECIL E. AND DENISE SANDERS; DOROTHY E.
AND CHARLES SANDERS; WALTER C. AND FLORA
SANDERS; WASH AND JOANN SANDERS JR.; CORNELIUS
SCOTT JR.; DARRYL E. SCOTT SR.; PHILIP C. AND
CARLEEN SCOTT SR.; BENNY R. AND MYRNA SEALS JR.;
CLAYTON SEALS JR.; JOHNNY L. AND ALFREDIA SEALS;
MATTHEW D. AND CINDY LOU SERPA SR.; ROSIE LEE AND
L.S. SHARP; LARRY D. SHAW; MILDRED SHAW; DEMORIO L.
SHEFFIELD; HOWARD D. AND JOHNNIE SHELTON; DONALD
R. AND WILMA JEAN SHEPARD; PAULETTE H. SHEPHERD;
SAM AND BILLIE SHEPPARD SR.; RICKEY L. AND STELLA
SIGGAL SR.; GLENDA A. SIMMONS; JOHN A. AND MARGARET
SIMMONS; LAVAUGHN AND CEOLA SINGLETON; ALLEN WAYNE
AND NORMA SMITH; ALTON R. AND ELESIA SMITH SR.; BRADLEY
SMITH SR.; JAMES A. AND JOANN SMITH; NORMAN E. AND
DONICE SMITH; RAY AND VIOLA SMITH SR.; ROBERT B. AND
EFFIE SMITH SR.; WILLIAM G. AND SHIRLEY SMITH; MICHAEL
E. SMYERS SR.; JAMES W. AND GRACEY SOLEYN SR.; GREG H.

*9,4*

AND LYNN SONNENBERG; SHELLIE G. SPENCER III; JIMMY
AND EARNESTINE STALLWORTH; HATTIE R. AND SHERRY
STALLWORTH; JAMES AND ROSE MARY STALLWORTH JR.;
RALPH STALLWORTH; SARAH K. AND WILLIE STALLWORTH;
DEBORAH STANTON; RALPH V. AND GILDA STEADHAM;
CAROLYN STENNIS; JAMES J. AND BETTY STENNIS; TERRELL
J. STEPHENSON; GEORGE TERRELL STEVENSON; KESSIE AND
FEANNIE STEWARD; RUBEN A. STEWARD; WILLIE E. AND
PATRICIA STEWART; JACK S. AND JOYCE STINSON; CLAUZELL
STOKES; EDDIE L. AND PATRICIA STOKES; SAMUEL L. STONE
SR.; DON A. AND VERONICA STREET; TERRANCE T. AND
NEKESSIA STRIBLING; RANDAL L. STRINGER; ALVIN E. AND
DOROTHY STRINGFELLOW SR.; JAMES A. AND SARAH
STRIVERSON SR.; SARAH N. AND JAMES STRIVERSON;
PATRICIA S. STROUD; HERALD DEAN SWITZER; JAMES L.
AND JENELL SYLVESTER JR.; DAVID TANNER; FRANK AND
ERNESTINE TANNER; JACK AND BOBBIE TATE; CLEVELAND
TAYLOR JR.; CURTIS A. AND JOANN TAYLOR SR.; CYNTHIA
M. TAYLOR; HAROLD L. AND DRUETTA TAYLOR; JESSIE L.
AND GWENDOLYN TAYLOR; LOUIS J. AND EDNA TAYLOR;
PATRICIA A. AND GEORGE TAYLOR; WILLIE E. TAYLOR; STEVIE
E. THAMES SR.; LEE ROY AND ED RENA THIBODEAUX; SHARON
D. THOMAS; VERN A. AND EVELYN THOMAS SR.; ANNIE L.
AND NORMAN THOMPSON; C.L. AND VONCEIL THOMPSON;
CATHLINE AND JOE THOMPSON; JOE L. AND CATHLINE
THOMPSON SR.; LOUISE N. AND OLLIE THOMPSON; PERCEY
E. AND JANE THOMPSON; ROBERT E. THORNTON;
ROBERT AND BRENDA TILLMAN; HARRY L. AND CYNTHIA
TOWNER; FRANK D. TRIM JR.; JIMMY L. AND LEATRICE
TRIPLETT; PRENTIS AND KATHY TRIPLETT;
DUKE A. AND ANNIE TUNSTALL JR.; CAROL B. AND MARY
ALICE TURNER; CHARLIE AND ANNETTE TURNER JR.;
PHILLIP R. TURNER; CLIFTON TYSON; GERALD AND ALICE FAYE
VICKERS; TONY M. VICKERS; BRIAN G. AND REGINA WALKER
SR.; STEVE W. AND LIMMIE WALKER SR.; JOHNNIE E. AND
JANICE WALLEY; RAYMOND H. WALLEY; REGINALD M. AND
DOROTHY WARD; SAMUEL WARREN; CLOREE WASHINGTON;
EDWARD J. WASHINGTON; ISLA T. WASHINGTON; TRAVIS J.
WASHINGTON SR.; BEVERLY WATSON; ED AND LOUISE WATSON
SR.; JOHN L. AND SHEILA WATSON; CLYDE B. AND CAROLYN
WEAVER SR.; PETER J. WEBB; ANTHONY J. AND DENISE WEBER;
ALTON WELBORN; ANNIE B. WELCH; ALEX AND GWENDOLYN
WESCO JR.; ALBERT WEST JR.; LEBARON AND HERTA WESTON;
JOHN H. AND RETHEL WHATLEY; VERNON M. AND MARY
WHATLEY; BETTY JEAN FRANK WHITE; BRACEY J. WHITE;
LOUIS ALLEN WHITE; ROSIE L. WHITE; WALTER L. WHITE;   *9 0*

J.B. AND CYNTHIA WILEY JR.; HARVEY L. WILKERSON; ALONZO
C. WILLIAMS; ANDREW AND LUVENIA WILLIAMS; BETTY J.
AND CLAUDE WILLIAMS; CARL F. AND PATRICIA WILLIAMS;
CARLTON AND LOLA WILLIAMS JR.; DUDLEY AND SARAH WILLIAMS;
JAMES C. WILLIAMS; JESSIE B. WILLIAMS JR.; LAURA A. WILLIAMS;
LEONARD RAY WILLIAMS; LEROY AND CHRISTINE WILLIAMS SR.;
LORINE R. WILLIAMS; MILTON WILLIAMS; MYRNA A. AND TERRY
WILLIAMS; RENARO AND FREDDIE WILLIAMS SR.; RICHARD AND
BRENDA WILLIAMS; ROBERT RANDOLPH WILLIAMS; TOBERT L. AND
MARY WILLIAMS SR.; KENNETH D. WILLIS; CHARLES E. WILSON SR.;
JAMES EVANS AND LINDA WILSON; WINSTON A. AND EDNORA
WINFIELD SR.; VINCE L. AND FRANCES WINTERS; VIVIAN QUINCY
AND PATRICIA WOODARD; ROY L. AND SARAH WOOTEN;
WAITMAN E. AND CAROLYN WORKMAN; CLEO AND EDDIE WOULARD;
AMOS L. AND CAROL WRIGHT SR.; ANTONIE D. WRIGHT; CYNTHIA
DAPHNE AND ANTHONY WRIGHT/EARLINE B. WROTEN;
JAMES E. YOUNG; LOUIS C. AND OLIVIA YOUNG; ROBERT H.
ZOLLICOFFER JR.; RHONDA M. AGENT; THOMAS AND JANNIE ALLEN
SR.; WILLIAM C. ALLGOOD SR.; ALLIE ANDERSON; JOSEPH
AND REATHER L. ANDERSON; DAN BARKER; VERGIE BARRETT;
JOHNNY BEAMON; MARSHALL BECK; A.C. BELL; JACKIE R. AND
WANDA C. BENNETT; KENNETH BERRY; ROY E. BISHOP; JOE AND
LUEVON BLACKMAN SR.; JOHN W. BOGAN; WILLIE L. AND
DECOLIA BONDS; ERNEST BRACKETT; ANITA R. AND DONALD R.
BRADLEY; CARRIE B. AND CLARENCE BRADLEY; LAWRENCE AND
EALENE BRANTLEY SR.; R.E. BREWER; WILLIAM J. BROCKETT JR.;
WILLIE BRONSON; OTIS AND CARLA H. BROOKS JR.; HARMON C.
AND RACHEL BROOME; ANDRIA BROWN; EARL BROWN; JOHNNIE
L. BROWN; MICHAEL E. BROWN; MILFORD BROWN; LAWRENCE AND
ANITA A. BROWN SR.; ELIGAH BUIE; BOBBY BURKE; CHARLIE BYRD;
COLUMBUS AND SHERRIA K. BYRD; GUY AND HILDA BYRD; ELIJAH
BYRD JR.; ANDREW CAPLES; FRED CARTER; OTHA L. CARTER;
WILLIE AND IRENE CASTON; JERRY L. AND TERRI L. CHADWICK;
HENDERSON AND DORIS CLARK; JOHN CLARK; JOE L. CLAYTON;
VIVIAN COATS; OTTIE L. AND EVELYN COCHRAN; MONROE COE;
CHARLIE F. AND LUCRETIA COLEMAN; GARLAND C. AND NANCY
COOK; PATRICK COTE; B.J. CRANE; JAMES CUMMINS; LOUIS
DANNEHL; RODNEY W. AND CARMEN D. DANZY; VICTORIA
DAUGHERTY; JOHNNIE W. DAVIS; JOSEPH L. AND VIRGINIA DAVIS;
ROBERT L. DENNIS; THOMAS F. AND NETTIE DENNIS JR.; CLIFTON D.
AND MILDRED DIXON; CHARLES D. DOBBINS SR.; DAVID A. AND
KATHY D. DONHAM JR.; LLOYD EARLYWINE SR.; HUBERT L.
ELLINGTON; ELIZABETH AND BILLY EMMONS; STANLEY ERBY;
STANFORD T. AND MITZI FARMER JR.; HESTER FAULKNER; LEROY
AND MARGARETTE FIKES JR.; ROBERT FONDREN; PRESTON FREDRICK;
JACKIE GARDNER; MARK GARDNER; REEDY GARLAND JR.; PERCY

6

GARRETT; MICHAEL M. GAUTHIER; LINDA GILLENTINE; WILL H.
AND BERTHA GLENN; JACK GOLSON; FLOYD GORDON; RONALD
AND VERMA GRAY; EARL GRIFFIN; WILLIE B. GRIFFIN; EZECHRIAL E.
GUILLOT; CARLTON HALL; MELVIN HALL; TOM E. HALL SR.; JORDAN
G. HAMILTON; HARRY AND MARILYN BARBE JR.; ELZIE AND DAISY
BRIDGES; JIMMY AND DARLENE BILLIOT SR.; FLOYD BUSBY; JACK
AND DOROTHY CARLSON SR.; DAVID K. AND VICTORIA CONNER;
ERNEST AND BRENDA COOK; RICHARD DAVIS; EMILE D. DESIRE;
BRIAN AND CRYSTAL DUBY; FREDDIE A. AND DEBRAH DUPRE;
ALBERT AND KISHA FARRIER; RAYMOND AND MARY FOLEY;
ALFORD FRANK; ROBERT D. AND MARGIE GAUTREAUX; JERRY AND
KAY GILLEY; DAVID B. GILTON; EDWARD L. GREGORY; JAMES
GUICE; LEE R. HALE; VAN HALLEY; ALVIN L. HAMPTON; MARVIN W.
HART; ROOSEVELT HATEN; STEVE JOSEPH HOUSE; TIMOTHY AND
JAQULINE JACKSON; ISSAC JOHNSON; WILLIAM D. JOHNSON;
JAMES JORDAN; JACK KELLY; ROSILLEE KING; JOHN A. AND LINDA
LEVERT; DONALD AND JESSICA MEDLIN JR.; DONALD AND LILLIE
MONCEAUX; ALVIN AND JANICE MULDER; OZANE FRANKLIN;
THOMAS V. AND JO ANN PARENT; FRANK S. AND BEVERLYN PIOT;
ENOCH AND GLORIA POOLE; ARMANDO QUINTANILLA; DALE M.
ST. PIERRE; MELVIN C. AND VIRGINIA SANCHEZ; PAUL K.
AND NANCY SEVERIO SR.; FREDERICK SHORT; ENOCH AND
CERETA STEART; LLOYD AND ELIZABETH STRIPE JR.; KEITH
AND NATALIE STOUFFLET SR.; CARL THOMPSON; LEE EDWARD TILLMAN;
PURBLIC AND DIANNE TUCKER; KERRY W. TURNER; LATOYA TURNER;
MICHAEL R. AND JULIE WALKER SR.; GEORGE J. AND ROBERTA
WASDIN; LUTHER S. AND LESLIE WENDEL; GLYNN WEST; CEDRIC
AND VALERIE WHITE; MARSHALL WHITE; BARBER WILLIAMS;
GREGORY WILLIAMS; LYNN E. WIRE; MARIA VASQUIEZ; HENRY
AND RACIEL YOUNG; FREDDIE L. HAMMOND JR.; GEORGE W.
AND ORENE HARRIS SR.; STEVEN G. AND THERESA G. HARRIS SR.;
GEORGE H. AND DIANE L. HENDERSON; STANLEY L. HOUSE;
JIMMY R. AND GLADYS V. HOUSER SR.; PAL E. AND PHELIA IRVIN
SR.; BOBBY G. AND BEATRICE JACKSON; CHARLES E. JACKSON;
SANFORD R. JACKSON; DAVID JOHNSON; GERALDINE AND HOWARD
JOHNSON; LINDA S. JOHNSON; WILLIAM AND SHEILA JOHNSON;
KENDRICK JOHNSON SR.; CARL AND MARTHA L. JONES; ROBERT L.
AND KATHERINE H. JONES; ERNEST L. AND SANDRA F. JONES SR.;
KIENO AND GEORGIA JONES SR.; JOHN M. KING; HENRY L. AND
CAROLYN F. KYZAR; FERRAL J. AND JEAN M. LADNER; CHESTER
LAWRENCE; SHIRLEY L. LOCKHART; DONALD R. AND MARX LOFTON;
CLARENCE H. AND REBECCA A. LOYD; MIGUEL LUCIO SR.; ROBERT
A. AND DONNA S. LYONS JR.; ROAN MARTIN; ROBERT E. MARTIN;
ENOCH MATTISON JR.; LEE R. MATTIX; CHARLES MAY; C.C. McCULLOUGH;
ROBERT L. AND IRENE McINTOSH SR.; LEO McKEAN; KENNETH AND
MELISSA McKEE; WALTER AND BERDIA McKNIGHT SR.; KENDALL

AND ANDREA McMANUS; ROY AND DESSIE MILLS; DONALD R.
AND BELINDA MITCHELL; LARRY N. MONTPELIER SR.; BOBBY S.
AND ROSE MYERS; JAMES L. NANNBY; ARTHUR L. AND KATHLEEN
NEWSOME; ROY AND VONCILE ODOM SR.; CHARLES L. PATRICK;
THOMAS J. AND MARY L. PATTERSON SR.; MACK AND THERESA
PATTON JR.; CHARLES PENDLETON JR.; CECIL AND MAPLE PERKINS JR.;
EDDIE PERNELL JR.; CURTIS L. AND MARTHA S. PHILLIPS; JULIUS
E. AND BOBBY N. POWELL; RICKY J. AND DEBBIE M. PRICE; LUCIUS
PRINCE; HUEY P. AND IRMA J. RACHAL SR.; JOHNNIE AND SHARON REID;
ERNESTO T. AND DONZIA RELEFORD II; CLARA RHODES; WILLIE R.
AND KANSRA J. RICE SR.; THOMAS S. AND LINDA D. RUFFIN; WILLIE
E. AND MARY RULE; ARTURO AND JUDY SANCHEZ; LINDSEY SANDERS;
JOHN T. AND ANGELA SCOTT; ALFREDO AND OLGA SEWER; NILE
AND EDNA SIMPSON; JESSE C. SISK; JERRY D. AND CHERYL A. SMITH;
GLEN SMITH SR.; JOHN T. AND SHERELL SPINKS SR.; DOYLE STAGGS;
CHARLIE STEVENSON; CHARLES STOKES; WILLIE J. STUBBS SR.;
LELAND STURGIS; BILLY S. AND CHRISTINE SULLIVAN SR.; SHIRLEY J.
TATE; CHOICE TELLUS; BILLY AND MILDRED W. TEMPLE; MICHAEL
THAMES; JOHN THOMPSON SR.; HARRY AND JOYCE THORNTON;
JOE W. AND OPAL TOUCHSTONE; PERCY TOWNSEND; WALTER H.
TUCKER; JAMES E. AND GWENDOLYN VANDERSON; ROBERT W.
VAUGHN; JIMMY D. AND BETTY S. WALKER; WILLIAM WALKER SR.;
JOHN W. WEATHERALL JR; LERN AND MALICIA WEATHERS JR.;
ALFRED WEEKS; BYRON H. AND DORA A. WEEKS SR.; STANLEY AND
LOLA M. WEGER; THOMAS WHITE; DAVE V. WILLIAMS; DONALD AND
GEORGIA WILLIAMS; EDWARD WILLIAMS; SPENCER AND CHANDRA
WILLIAMS JR.; DAVIE L. AND JESSIE WILLIAMS SR.; WILLIE
WILLIAMS SR.; JOHN J. WILLIAMSON; LESTER D. WINTERS JR.;
ROBERT H. WOOTEN S.R; WILLIE L. AND RUBY YOUNG; WILLIAM G.
AND EMMA JEAN ZIRLOTT JR.; MARVIN ARRINGTON; ELBERT
BALAM; DAVID BENNETT; WILLIE BLACKBURN; LEROY
BRACKETT JR.; WILLIAM BREEDLOVE; MARVIN EDWARD
BRIDGES; ISAAC BROWN; JERRY CANNON; WALTER
COLLIER; EDDIE CRUMBLY; JAMES CUEVAS;
CHARLES DENT; BOBBY DICKENS; HERSHEL
EARNEST; WALLACE EASTERLING; J.C.
FAIRLEY JR.; WILLIE FAIRLEY; JERRY FRAZIER;
DAVID GARNER; EDWARD HARTFIELD;
EARNESTINE HAYES; KENNETH HILL;
HAROLD HOLMES; GEORGIA JONES;
BILLIE KEYES; JERRY KEYS; CLYDE LADNER;
ROBERT LANDRUM; LIONEL LEE; SIMON LEWIS;
WILLIE MAYERS; MANUEL McDONALD; LEE
McWILLIAMS; LEROY MITCHELL;
VIC MYERS; LORENZO RANKIN; GEORGE REYNOLDS;
GLEN RUSSELL; JAMES SAUJON; WILSON SHEDD;

JAMES SHINALL; CHARLES SMITH; EDWARD TURNAGE; CLARA WAGES; ALVORIS WHITE; TOYLA WHITE; DOTY L. ANDERSON; FLORA M. AND DERRICK ARRINGTON; EDWARD D. AND LOUISE BAILEY SR.; EUGENE BANKS SR.; DAVID B. BARRETT; DIANNA BARTON; CHESTER BLAKE; JAMES BLAKES; WALTER L. BOGAN; HENRY BONNEY SR.; EDWARD BRANDON JR.; WILLIE B. AND JULIA A. BROOKS; ERNEST L. BROWN; MARSHALL BROWN; WILLIAM BROWN JR.; MARY BUIE; JOHN AND BETTY J. CALDWELL; GRETA CAMPBELL; HELEN T. AND CARNELL CAMPBELL; CAP AND DELORES A. JENKINS; RAY E. AND MARY E. CATO; JUSTIN R. AND KATHY CLARK; LEON CLARK; MICHAEL T. AND INA CLARK; CHANG CLARK JR.; ARNOLD AND SYLVIA CLEVELAND; MORELAND CLEVELAND SR; JACKSON COLBERT; HERMAN AND DIANE COLEMAN; CLIFFORD C. AND CORA CONLEY JR.; DONALD AND TANIA CONN; DOROTHY A. COOK; JAMES H. CROWDER SR.; JAMES AND ARETHA DANIELS; CLARENCE E. AND ELLEN DAVIS; WILLIE AND ROSIE DAVIS JR.; HEZEKIAH AND BERTHA B. DAVIS SR.; EDDIE L. DIXIE; J.W. AND JEAN DIXON; JESSIE DOSS; DAVID L. AND ANNIE L. DURNHAM SR.; RICKY D. AND ELIZABETH EAKIN; EUGENE AND MARY M. EDWARDS; JOHNNY C. AND PATRICIA EDWARDS; THOMAS A. ENGRAM; JAMES R. AND ALICE EVANS SR.; BRENT AND BRENDA EVERETT; J.C. FAIRLEY JR.; HELLEN FONDA; EDWARD M. FORTUNE; STEVIE FOSTER; HOWARD FRANKLIN; LEE G. GARDNER; B.J. AND LYNNETTE GAUSE JR.; ERIC AND REGINA D. GORDON; PAUL AND SUSIE V. GRAY; PERCY E. AND MARY E. GREENLEE SR.; ATWOOD L. GRIGSBY JR.; JOE R. AND SHARON L. GRISSETE SR.; CHARLIE GUICE; WILL E. AND ETHEL M. HAMPTON SR.; GEROME HARRINGTON; WILLIE L. HAYMON; CLEMIT AND LULA HENDERSON; ARLENE HODGES; HOWARD AND WILLIE M. HOOPER SR.; WILLIE E. AND MARY J. HOOPER SR.; EUGENE AND ROSIE HOME; CHARLES AND MARY M. HUGHES; LEON HUGHES; EUNICE T. AND RUTHA M. HUSBAND; JAMES T. INGRAM; JAMES W. JACKSON; HILLARD C. AND RITA L. JAMES; EDMOND AND GWENDOLYN JAMES SR.; WILLIAM AND ARELENAR JAMES SR.; IRADELL JOHNSON; WILLIAM D. JOHNSON JR.; JIMMY L. AND ARNETTE JOHNSON SR.; ELBERT L. AND PAMELA J. KELLER; JIMMIE L. KINNARD; HENRY L. LACY; WILLIE C. AND YOLANDA LANE; MANSFIELD LANGSTON; T.L. LANGSTON; ALFRED LEWIS SR.; LEO LOVE; ANDREW AND ESSIE LUCAS; THOMAS M. AND VERA A. MARTIN SR.; ANNIS McBRIDE; LUCILLE McCLINTON; LORRAINE B. McGOWAN; BOBBY J. AND RUBY L. MERRELL; RUFUS E. MILLER; HAYWORD AND DELORIS MILLS; FATE AND VIRDA A. MITCHELL SR.; EDWARD MORRIS; JOE N. AND THERESA MORRIS; TOMMIE AND FLORINE NAYLOR JR.; BENNIE AND GLADYS NEAL JR.; CARL L. NIX; WILLIAM H. AND JUNIE M. PATE; ROY D. AND GLORIA D. PATE; RILEY AND DIANNE J. PHILLIPS JR.; HENRY J. AND BETTY PHILLIPS SR.; ROBERT LEE PRUITT JR.; CALVIN AND BARBARA

PUGH; MILES AND ALICE M. PURNELL JR.; TIMOTHY C. RANDALL;
WILLIAM N. RAY SR.; FREDRICK W. AND DEBORAH REDMOND; ELLIS
RICHARD; RACHEL ROBINSON; ROBERT L. AND FLOSSIE ROBINSON;
WILLIE AND JOSIE M. ROBINSON JR.; H.R. AND THREATHA ROSENTHALL;
JACKIE W. ROUSE; CALVIN RUSSELL; JAMES M. AND MARGARET
RUSSELL; CARL T. SANDERS; KENNETH L. SAULS; HERMAN SCOTT;
JAMES L. AND LISA G. SEALE; MICHAEL E. AND LINDA D. SHIRLEY;
EARL L. AND GRACIE M. SIBLEY; ROBERT F. AND LUCILLE SIMMONS;
CINDY R. SIMPSON; ROGER S. AND JAINE SMITH; RONALD M. AND MARGARET
SMITH; SAM SMITH; SAMUEL SMITH; ROGER L. AND SUSIE F. SMITH JR.;
JAMES H. SMOOTS SR.; CLARENCE SPEARS; L.D. AND DOROTHY SPENCER;
OLA M. AND JAMES E. STARKS; ROBERT S. AND PATRICIA S. STAMBES;
DEMCY AND ELLA M. STEWARD; JOHNNY W. AND SARAH STEWARD;
WILLIAM STIFF SR.; CHARLIE STRONG; MASE J. STURDIVANT;
LEE SUBER; HILLARY TALBERT JR.; CLEOTRA TANNER; ROBERT TAYLOR;
JOHN W. AND FLORENCE THARP SR.; WALTER L. THOMPSON; DOROTHY
J. TIDWELL; ROBERT AND VIOLA TOWNSEND JR.; ROBERT L. TOY; ROSIE
TURNER; LEE A. VAN BUREN SR.; RICHARD VANCE; DAVID P. WADDELL;
JIMMIE L. WALKER; PATRICK WALKER; JIMMIE AND DEATHER WALKER
SR.; BRUCE A. WARD SR.; IDA M. WARREN; WILLIAM A. AND SARA A.
WESTBROOK; JAMES T. AND CATHERINE A. WESTROPE SR.; WILLIAM C.
AND PAMELA K. WHATLEY JR.; LEE W. AND MATTIE WHITE; DAVID AND
GAIL WILLIAMS; JERRY E. AND JUANITA L. WILLIAMS; JIM EDWARD
WILLIAMS; MICHAEL WILLIAMS SR.; GILBERT AND BARBARA WILSON;
LAWRENCE WILSON; RAYFORD WINTERS; HENRY AND DANNIE L. WITTY;
SAMUEL AND RUBY L. WOOD JR.; DONALD D. ADAMS;
WILLIAM G. ADAMS SR.; HARRY L. ADDISON;
JEFFE AIMSTEAD JR.; GEORGE A. ALBRIGHT;
AL ANDREWS; THEODORE ANTHONY SR.; THOMAS H. ANTHONY;
LEOLA ARMSTRONG; AARON ARNOLD JR.;
JEROME ARNOLD; CURTIS R. AUGUST SR.;
DANNY BAILEY; KERWIN C. BAILEY; JERRY W. BARNES SR.;
EARL BEAN JR.; GRANT WILLIAMS BENTLEY;
JAMES BERGERON; LESLIE BLANCHARD;
WALTER THOM BONNIE JR.; KIRBY BOUDREAUX;
ROBIN P. BOUDREAUX SR.; JEFFREY BOURRIAGUE;
JOHN H. BOWIE JR.; EDLER STERLING BROUSSARD;
WALTER BROWN III; FRANK CAGE; EARL CALLOWAY;
KEITH CAMBRIDGE; FRANK CAMPBELL;
HAROLD CARMOUCHE; GERALD M. CAZABON;
BERNARD CEDOTAL; RONALD P. CHARPENTIER SR.;
ROY JUNIOR CHERAMIE SR.; VERNON CHRISTOFF;
ROGER CHUMLEY; BERNETTE CLARK;
HAROLD R. CLARK; RUSSELL COLE; FELTON J. COLEMAN;
ARTHUR COLLINS; JEROME COMBS; JOHN H. COOLEY;
JOEL COON; A.W. COOPER; FREDERICK COOPER;

10

O'DELL JOSEPH COOPER; PATRICK A. COTE;
CLYDE EMILE DANIELS; LOUIS W. DANNEHL;
TOMMY DAVIS; AUDREY DESSELLE;
BRUCE ICHAEL DEVERNEY; JESSIE E. DILLON SR.;
WILLIAM L. DIXON; ERIC DORTCH;
DONALD DOUBLEDAY; CHARLES E. EACKLES;
STEPHEN M. EBELING; JOHN R. ESTES;
CHARLES L. FERGUSON; ALBERT FIELDS;
JOHNNY D. FINLEY; ROBERT E. FISHER;
CHARLES A. FLEITAS; BUD FOGAN;
TIMOTHY C. FONTENOT SR.;
CHARLES R. FORTINBERRY; THOMAS FRENO;
HENRY GANN; GEORGE H. GEMMELL;
JOSEPH E. GLEASON JR.; CHARLES GOLDSTON;
MICHAEL J. GONZALEZ; JOHNNY GREENE;
DIRK L. GROENEWEG; GARLAND J. GUILLORY;
TYRONE GUILLOT; MURRAY LANE HALL;
HERMAN C. HARDEN; TOM M. HARDEN;
DONALD W. HENRY JR.; GERALD HENRY;
WILFORD ZANDUS HILL; SHELBY F. HOWARD;
GARY HUNT; YORK JENKINS; JOHN D. JOHNSON
SR.; LLOYD JOHNSON; OBBIE JOHNSON;
RODNEY JOHNSON; WILLIE JOHNSON; ZACHERY T.
JONES; BOSWELL JORDAN; OLLIE LEE JORDAN;
GREGORY JULIAN; ARTHUR KAHOE; GEORGE R.
KINNEY; STACY O. KNOX; MAC KNUPP;
JAMES MICHAEL LACY; RICHARD B. LADNER;
JAMES LAIRD; HENRY LANTZ; JOHNNY LEDAY;
THOMAS JOSEPH LEE SR.; PAMELA LIETEAU;
ROLAND LOCKETT; JEFFERY JOHN LOGNION;
ERNEST D. MACK; MARK MADDOX; VICTOR
MANUEL; VINCENT L. MARSHALL SR.; BARBARA
N. McDANIEL; ROBERT F. McGLOTHLIN; BARRY
KEITH McNABB; LINDSEY G. McPIPE; SCOTT
PAUL MEDINE; HENRY MICHAEL; JAMIE JAY
MIRE; TONY MITCHELL; GRADY N. MOORE;
TIM MULLINS; WALTER J. MURRELL SR.;
CHARLES NAPOLEON JR.; ARDIS M. NETTO;
WILBER NEWCOMB; ROY C. NICHOLSON;
DONALD R. NOLAN; ROBERT T. NUNNERY;
JULIAN W. OGELSBY; BRADY JAMES ONCALE;
ALVIE E. OUBRE; CHARLES D. PACK JR.;
DERRICK PALMER; RICHARD WILLIAM PALMER;
FARRELL J. PARFAIT; DAVID PEARSON;
ANTWAN U. PETTIS; TONY PICOU; WENDELL M.
PIERRE; CHARLES J. PINNER; JAMANE A. PINSON;

11

MARIE ANN PLAISANCE; MICHAEL POIENCOT;
WENDELL WAYNE PROCTOR; THOMAS QUINTERO;
JAMES RAFEY; RAFAEL RAMIEREZ; JUAN
RAMOS; PERCY RANSOME; FRANK RAY; JOHN
REASON JR.; HERBERT M. REAVES; JOSEPH L.
REINNINGER; EDWARD RICHARD; ANITA
ROBERTSON; HOWARD ANTHONY ROBINSON;
LARRY A. ROBINSON; JOHN T. ROGER; JERRY
ROGERS; JOEY ROMERO; HENRY LOUIS
ROSE SR.; ALZILDA ROWLAND; RONNIE
SELVADORE RUMORE; RAY RUSHING; JOHNNIE
SANSOM; EARL R. SHARKLEY; DAVID SHARP;
ROBERT J. SIMON; CLEVELAND E. SMITH JR.;
STANLEY SMITH; EMILE D. SOLAR;
LEON SPENCE; WATSON O. SPENCER;
BRUCE STATEN; ENOCH STEWART;
MURPHY STIPES JR.; CLAUDE J. STRICKLAND;
PHILIP STROTHER; CLEASTER SWAING; BILLY R.
TAYLOR; MARK JAMES TERREBONE SR.; ARRON
THEODORE; DEWERY THOMAS; FLOYD HENRY
THOMASEE; ARTHUR J. THOMPSON; MARVIN
MICHAEL TIMS; RUBEN TORRES; ROD JOSEPH
TOUPS; STEVEN A. TOUPS JR.; JOHN R. TUBRE;
JACOB B. VAIL; JERRY R. WALKER; CHESTER
RONALD WALLACE; BOBBY WASHINGTON;
GARY WASHINGTON; CONNIE WATSON; KENNETH W.
WATSON; DONALD G. WESTRUP SR.;
ROBERT M. WHIDDON; ALFRED JAMES WHITE;
KERWIN C. WHITE; GARRY N. WHITEHEAD; EMERSON
WHITFIELD; WILLIAM E. WILEY; DANNY C.
WILLIAM; CURTIS WILLIAMS; DONALD WILLIAMS;
HENRY WILLIAMS; MARK A. WILLIAMS; MATTIE
WILLIAMS; MICHAEL JEROME WILLIAMS;
TONY M. WILLIAMS; WESLEY WILLIAMS;
TERRANCE O. WITSON; MELVIN A. WRIGHT;
JESSIE ANGLLE; JAMES ANTHONY;
HARRY L. ARMAND; TREGG BABIN;
RICHARD BAILEY; CLARENCE G. BAILES;
LEROY BANKS; STEVEN BELL;
HENRY BLACKLEDGE; JOEL BLOUIN;
JOSEPH BROUSSARD; MICHAEL CATALANOTTO;
KENNETH CLARK; KENNETH COFFMAN;
TERRELL DAVIS; WILLY DAVIS;
MICHAEL DAY; KENNETH DENHAM;
DANNY ECKLER; DONALD ELMORE;
GREG S. FLEMISTER; JOSEPH SHAWN FONTENOT;

12

MARCUS FREEMAN; LEON GILLEY;
DAVID GOLDEN; CHARLEY GORDON;
TIM L. GRIFFIN; JERRY HEBERT;
DONALD HERRON; KENNETH HOBGOOD;
RICHARD O. ERWIN; RANDALL W. HODGES;
JAIME HODGOOD; KENNEDY JN-MRIE;
VAN JOHNSON; WILLIAM B. KARTCHNER;
HAROLD KLEIN; PAUL WAYNE LAZARD;
LAWRENCE J. LEGNON; SAMMIE L. LEWIS;
FRANK E. LLOYD; WILEY WILLIAM LOTT;
TERRY LUNFORD; JUANITA YOUNG MARTINEZ;
GLENN MASSINGILL; KEVIN MATTHEWS;
MICHAEL METZ; MICHAEL MILTON;
DONALD R. NOLAN; HENRY OGELSBY;
LAWRENCE OWEN; HAROLD PALMA;
OLLIE NATHANIEL TATE; ALTON PERRY;
JOSEPH RIDEAUX; PERCY ROGERS;
ROBERT LEE ROLLINS; YANCY GLENE RONSAVALL;
LOU SANDERS; DAVID SENAT JR.;
JOSH STERLING; ROBERT STINKS;
EDWARD SWAIM; AVERY TAUZIN;
ERNEST TEMPLE; TERRY TERREBONNE;
LARRY WALKER; ROY D. WELCH;
FREDERICK WICKER; DAVID WILLIAMS JR.;
JEROME BROWN; RICHARD CAIN;
RICKY CHURCH; ALONZO FORREST;
YANCY HOOSIER; JAMES E. LOWE;
WILLIAM D. MABRY; HENRY MYERS JR.;
CKATTIB NUCCUITTIL WADE A. MORMAN;
CHARLES EDWARD PIERCE; ANTHONY L.
PORTER; JORGE RAMIERZ; JERRY SHORT;
CHARLES SMITH; JAMES D. TRAHAN;
STANLEY VALENTINE; DOUGLAS ADAMS;
MORRIS ANDERSON; WALLACE ARTIS;
DAVID BAISE; LEONARD BECKER JR.;
J.C. BENNETT; ELRAY BONNIN;
ALBERT BRANEFF; BILLY BRAZILL;
DENNIS BRITT; EDWARD BROOKS;
GRACIE BROOKS; M. CARRELL;
AUBREY CARRELL; WAYNE CASTERLINE;
CHARLES CLOUD; LUTHER COOPER;
CLEO COULTER JR.; HENRY CROSS;
GEORGE CUELLAR; STEPHEN CURTIS;
CHARLES DANIEL; LAWRENCE DAVIS;
JERRY DEARMOND; DONALD DUGAS;
WENDELL EAVES; BOBBY EDDINS;

13

TOMMY ELDER; JAMES EZEMACK;
JERRY FELPS; HUSRHEL FOX SR.;
RANDY FROST; PAUL GALAMBOS;
LIZZIE GOLDSMITH; KENNETH GOODWIN;
RAYMOND HARDY; BRYANT HARRISON;
DAVID HASKETT; ROGER HAWKINS;
ALVIN HELM SR.; BENNY HOBDEN;
RONALD HOLMES; WILLIAM HOOPER;
JOE HOOTEN; CARLOS HOUSTON;
RONNIE HOWELL; HAROLD HUFF;
TERRY HUMBLE SR.; RONALD JACKSON;
MONROE JENKINS; BURR JOHNSON;
AARON JOHNSON; LEO JOHNSON;
BILLY JOLLY; GUY JONES;
RANDY JONES; VANDER KEEL;
JAMES KENNEDY; SCOTT LAWSON;
CODY LEWIS; GARY LUMMUS;
KENNETH LYDAY; JERRY McBRIDE;
FRANK McCLESKEY; BILLY MILLER;
JAMES MINTER; HORACE MOORE;
ROY MORRIS; BOYCE MORRIS JR.;
LORENZO NOVAR JR.; JAMES PERMENTER;
KENNETH RAIMER; LEONARD REGIER;
JOHN RICE; BILLY RIDENOUR; RICHARD
RIDER; THOMAS RINGO; WILLIAM
ROBERTSON; ANTHONY ROBINSON;
RONALD ROMERO; ROBERT SAVOIE;
BILLIE SCHMIDT; B.T. SHORT; LYNN
SMITH; PRESTON SMITH SR.; ROBERT
SNOWDEN; GLENN STEPHENS; JAMES
SUMRALL; JIMMY THOMPSON; LARRY
THOMPSON; DAVID TURNER; ROGER
VIATOR SR.; JAMES WALKER; ROBERT
WATKINS; JIMMY WATSON; DOBBIE
WHITESIDE; JESSE WRIGHT JR.;
RUSSELL YEAGER; HENRY YOUNG;
McKINLEY JOSEPH SIMIEN;
DAVID ROBERT THIENEMAN;
JOHN VIDRINE; DANNY VINCENT;
SAMUEL GUY WALTERS; WILLIAM
WARREN; JAMES WATKINS; KURT
WILKINS; RANDY WEBB; GLENDALE FRIZZELL;
STEVEN ADAMS; WAYNE C. ADKINS;
LEROY P. ANCAR JR.; PETE AGUILAR;
TIMOTHY ANDREWS; MARK ANTHONY
ARCENEAUX; JAMES M. ASHE; ROBERT

14

H. BAGGETT; FREDERICK BAILEY;
JOHNNY BAILEY; JOHN JAMES BAKER JR.;
WELDON BATES; MICHAEL BEALS;
JACKIE R. BENNETT; RONNIE A. BLOUNT;
RUSSEL PAUL BODIN; TOMMIE BOWEN;
KENNETH W. BOUDREAUX; PERRY
BOYD; IRVING BREAUX SR.; MARK
BREAZZEL; ROBERT BRIENSON; SAMUEL
BROWN JR.; TIMOTHY K. BROWN SR.;
WILLIE J. BRUMFIELD; ARTHUR LEE
BULLOCK JR.; DAVID BURGESS; BRETT
BUSHNELL; DEAN BUSKIE; ROCK A.
BUSBY; THOMAS CAMPBELL;
CHARLES CASTON; MICHAEL W.
CHAMBLESS; JOE CHURCH; HEBERT W.
CLARK; ROGER D. CLARK; MILTON CLARK;
TERRY CLARK; JAMES PATRICK CONNER III;
WESLEY G. COOKE; WILLIE COOPER; WILLIE
DAVIS; BEN G. DEICHMANN; EVELYN
DEJEAN; EDDIE DELATTE; EUGENE
DUDENHEFER; DEAN JOSEPH DUPRE; GERALD
L. EDWARDS SR.; LOUIS E. FLAIR; CHARLES M.
FLETCHER; RICKY C. FLETCHER; DAVID W.
FORD; IVORY D. FRANKLIN; JASON FRUGE;
JOHN GAUTREAUX; DEBORAH S. GRAHAM;
LINCOLN JOSEPH GRIFFIN JR.; JOSEPH GUIDRY;
CLAUDE HARKLES; HAROLD DAVID HARFORD;
WILLIAM T. HAYES; SYLVIA J. HOBBS; ELLIS
R. HOGAN; JAMES E. HOWARD; JO H.
HOWARD JR.; MICHAEL RENE HOWARD; JOHN A.
HUGHES SR.; WILLIE E. IVEY; MICHAEL RAY
JACKSON; SHELITHA JARVIS; GELINDA JEFFERSON;
JOHN WADE JOHNS; GEORGE L. JOHNSON;
ANTHONY JONES; ISAAC JONES JR.; NORMAN
LANDRY; JOSEPH LASSITER; BRADY LEBLANC;
JAMES A. LEBOUEF SR.; BILLY MAGEE;
MICHAEL JUAN LEONARD; CHARLES MACK;
MAURLEN McGEE; JEFF D. MICHAELS; LOUIS
MONETTE JR.; HERMAN MOFFETT; LAVERN
MORGAN; DONALD NELSON; GEORGE
NUSSBAUM; LARRY ORILLION; EDDIE A.
PATINGO JR.; JARDELL BEARD; SHERRI L.
FRISBY; ANTHONY PRESTON SR.; TONY
RICHARDSON; WILLIE DELL RICHARDSON;
ROGERS RILEY; SHEDRICK ROBINSON;
BENNETTE ROLLINS; BRENDA RUSSELL;

15

ROY L. SAUCER; CLEVELAND E. SMITH SR.;
FANNY SMITH; JASON SMITH; REGINALD
SMITH; STANLEY SMITH; GERALD G.
SPELL; ALBERT STAMPS SR.; DAVID STANFORD;
JAMES B. STELLY; ROY SULLIVAN; MATTHEW
SUTTON JR.; RICKY SYLVERA; JOSH TANNER;
DONALD TATE; DOUGLAS TAYLOR;
GERALD TAYLOR; KENNETH R. THOMPSON;
CHARLES M. TOWNSEND SR.; DONALD
TRAINER; KEITH WALKER; ROBERT
WALTERS; MALCOLM L. WATSON; BRUCE A.
WHITE; BEACHMAN WILLIAMS SR.;
LLOYD WILLIAMS SR.; MATHEW WILLIAMS;
PERRY WILLIAMS; JOHN KING WILLIFORD;
THOMAS WILTZ; BRIAN YOUNG; CHRIS
YOUNG; DONALD PAUL PLAISANCE SR.;
KENNETH DAVIS; REMY G. CURTIS;
CLAUDE S. HOWARD; LARRY A. DEARMAN;
TED D. LANDRY; THEODORE THOMAS; RAUL
LONGORIA SR.; RICHARD R. SHEEHAN SR.;
FLLOYD A. TOWNSAND SR.; JOSEPH A.
LEBLANC SR.; KEVIN W. MERRITT; CAMILLE
P. SIMONEAUX; ROY P. VERRET; RUDY
ZUNIGA; J.P. LEDET; ROBERT C. BROUSSARD;
DONALD L. MARTIN; ELLIS J. CARR SR.;
JAMES JOSEPH AUCION SR.; MARK ALLEN;
JODY MATURIN; CRAIG CREMENT; ERNEST
YOUNG III; AGAPITO GUTIERREZ; WAYNE
RAY MARCOTTE; WILLIAM FUOOD JR.;
JOHN BOUDREAUX; WILLIAM WARD; STEVE
R. KOBER; TERRY LEE; RICKY H. ROMERO;
ALLEN CLARK; LAWRENCE CASTLE; DAVID J.
DELGRANDILE SR.; MERLIN LOUIS
BROUSSARD JR.; LAWRENCE J. LEGNON;
WILSON GRAYMAN; CIRO FICAROTTO JR.;
MACK L. ALCINA SR.; LOUIS D. MANUEL;
LONNIE B. BROWN; DONNIE L. CAIN;
WEBSTER P. DESSELLE; RICKIE D. BEAVERS;
JIMMY DON SPYKER; JESSIE L. BLANKENSHIP;
SHELBY KEITH HODGES; LINDA MARBLE;
HOSEY R. WILLIAMS SR.; HAROLD J. ALLEMAN;
LIONEL AUCOIN; ROY H. ABRAHAM;
JOHN R. EAST; LAWRENCE WILLIAMS;
WILILAM G. ADAMS SR.; PAUL R. ALBRIGHT;
CURTIS ALLEN; GARY ARCENEAUX; HERNY P.
ARCENEAUX; ADRIEN ARDOIN; GEORGE L.

16

BAILEY; RICHARD BAILEY; WILEY BAKER;
PATRICK M. BENJAMIN; SAMPSON BERGERON;
RICKY J. BOURDREAUX; PATRICK
BOURGEOIS; ADAM K. BROWN; STEVEN T.
BROWN; ARTHUR LEE BULLOCK JR.;
DAVID G. CANNON SR.; KEVIN CHARLES
CARBO; STEVEN H. COKER; LOUIS W.
DANNEHL; DARRELL WAYNE DARBONNE;
JAMES N. DAVIS SR.; LARRY W. DOUCET;
JAMES ELKINS; KENNETH RANDOLPH
ELLIS; HAROLD DEAN EVANS; ROBERT
R. EVANS SR.; FRANCIS P. FIRMIN SR.;
DONALD R. FONENETTE; PHILLIP J.
FONTENOT; TERRY JAMES FOREMAN;
WILLIAM H. FULLWOOD JR.; GALEN T.
GANDET; HENRY J. GARIG; ROBERT
D. GIBSON; EDUARDO GILL; HENRY J.
GIROIR JR.; WILLIAM GOBER; RICKY J.
HALEY; CORNELL HAMPTON SR.;
JAMES C. HICKS; RANDALL W. HODGES;
JANNATTE HOWTON; STEVEN OLIVER HUGHES;
DONALD HUNTLEY SR.; WAYNE R.
HUTCHINSON; JAMES HYMEL SR.;
BRYAN IRVIN; HEATH A. JOHNSON;
JOHN E. JOHNSON; ALBERT J. JONES SR.;
JOSEPH C. JONES; BRIAN KINCHEN; HAROLD
L. KLEIN JR.; SHELDON C. LAMARK SR.;
CHARLES R. LANCASTER; DEREK LEBEOUF;
IKE LEGER; WIILAM LEN; RAMIRO A.
LONGORIA SR.; JAMES E. LOWE; JOHN MALLET;
CARL MANGUS; JOSEPH B. McCOOL;
WILLIAM FENTON; JERMAINE McZEAL;
PATRICK O. MILLER; BRUCE MILLET JR.;
JERRY MITCHELL; ALTON J. MONCEAUX JR.;
TRAVIS W. NATION; JAMES W. ODOM;
LEROY PAGE; WILLIAM PATE; NORMAN
CERCLE SR.; JOHN W. PERKINS; RANDY
PICARD; TEDDY PLAISANCE; BARBARA W.
PORTER; JOHN DARYL PRITCHARD;
HEATH J. RACCA; BOBBY RACCLIFER;
RICHARD ALAN RARCK; BILLY D. RAY;
MATTHEW ERIC REYNOLDS; ROGERS
RILEY; ISAISH ROBINSON; CARROLL J.
ROGER; LONNIE RUSSELL; BRIAN A.
SAVOY; JAMES L. SMITH; JIMMY L.
SMITH; DALLAS STARK; PAUL E. STEWART;

BARRY D. TAYLOR; PERLIE L. TEMPLE;
JOSEPH A. TERRASE JR.; JOHN T. THERRIO SR.;
ARTHUR J. THOMPSON III; HENRY L.
TOWNSEND; LARRY DWAYNE TUTSON SR.;
BRENT F. VIATOR; TROY VOTH; JOSEPH
VOUSSINE; JAMES WATKINS; DAVID
RODNEY WELSH; ROY J. WELSH; GREGORY
WILLIAMS; DUDLEY D. WINBORNE; BILLIE
D. WOODS; DAVID R. WOOLEY; DONALD
RAY WYATT; WILLIAMS WYCHE; DAVID J.
DELGRANDILE SR.; LAWRENCE CASTLE;
DONALD L. MARTIN; JAMES JOSEPH AUCION
SR.; ROBERT C. BROUSSARD; MERLIN
LOUIS BROUSSARD JR.; CIRO FICAROTTO
JR.; MARK CL. ALCINA SR.; LOUIS D. MANUEL;
RICHARD R. SHEEHAN SR.; TED D. LANDRY;
JERRY D. BOYKIN; VERNA P. WOULARD;
WALLACE R. BULLARD; JAMES BRASWELL;
THOMAS M. CLARK; JOSEPH DAVI;
BRUCE McCOLL; JOHN M. PARKER; TIMOTHY
M. PLAISANCE SR.; EARL RAVENCRAFT;
JAMES ROBINSON; ROBERT L. WAGNER;
LARRY WALKER; WILLIAM E. FIELDS;
DONALD FLEMINGS; DANIEL PAUL
HENDERSON; DAVID JOHNSON; CHESTER
LACOMBE; FRANK M. McQUSTION; CLIFTON
PRICE; LARRY TERRY; WILLIAM WATTS;
MICHAEL KENT BUCKALEW; WILTON
DELATTE JR.; JOHN W. RICHARD; DALE B.
AMOS; KENNETH G. AUGENSTEIN; CHRIS
A. BILLIOT; JAMES E. BOBO; KEVIN J.
BROUSSARD; PATRICIA A. DESHOTEL;
JAMES C. FAUCETT; DON GILBERT; DAVID
A. GRANGER; KENNETH H. GUILLORY;
SHERWIN P. HOLLAND; MICHAEL
NRCISSE SR.; ALLEN B. NEWTON; JOSEPH P.
O'QUAIN; MICHADL G. POULLARD; RICHARD
W. RICHARD SR.; LOYAL PARROTT; GUY
BARFIELD; RICHARD CAIN; CRAIG WHITEMAN;
EDWIN BARTON; ERNEST BORDELON;
JAMES R. FREEMAN; MILTON D. WALL;
DONALD E. DEMENT; HENRY L. GUINN;
CLARENCE E. MORRIS; GLENN PAUL MAY;
CHARLES MUSGROVE; TROY VOTH;
LLOYD RANDLE; ANTHONY JOHNSON; HENRY
BUSH; RUDOLPH GAINES; ALOYSHUIA GREENE;

18

DWAYNE WATKINS; TONY M. WILLIAMS;
ROBERT GONSOULIN; MILBURN ACHORD;
DONALD D. ADAMS; WILLIAM G. ADAMS;
HARRY L. ADDISON SR.; JEFFE AIMSTEAD JR.;
GEORGE A. ALBRIGHT; ETIENNE J. ALLENO
JR.; AL ANDREWS; THEODORE ANTHONY
SR.; THOMAS H. ANTHONY; LEOLA ARMSTRONG;
AARON ARNOLD JR.; JEROME ARNOLD; CURTIS R.
AUGUST SR.; DANNY BAILEY; KERWIN C.
BAILEY; JEREMY BALL; HARRY BARBE JR.;
JERRY W. BARNES SR.; DAVID BARRAS;
EARL BEAN JR.; THOMAS BELTON SR.;
GRANT WILLIAMS BENTLEY; JAMES
BERGERON; JIMMIE BILLIOT; LESLIE
BLANCHARD; TYRONE BOLDEN; WALTER
THOMAS BONNIE JR.; KIRBY BOUDREAUX;
ROBERT P. BOUDREAUX SR.; ROBIN P.
BOUDREAUX SR.; JEFFREY BOURRIAGUE;
JOHN H. BOWIE JR.; JAMES E. BRADY;
ELZIE BRIDGES; PETER BROCK; VERNON
BROCKMAN; MARZETTE BROOKIN JR.;
JAY R. BROOKS; EDLER STERLING BROUSSARD;
JOSEPH W. BROWN; WALTER BROWN III;
ANTHONY W. BURTON; FLOYD BUSBY;
CLARENCE BUXTON; FRANK CAGE;
KENNETH CAHILL; EARL CALLOWAY;
MICHAEL A. CAMARDELLE; KEITH
CAMBRIDGE; FRANK CAMPBELL; JACK
CARLSON SR.; HAROLD CARMOUCHE; IRVIN
CASTILLE; GERALD M. CAZABON; BERNARD
CEDOTAL; RONALD P. CHARENTIER SR.;
ROY JUNIOR CHERAMIE SR.; VERNON
CHRISTOFF; ROGER CHUMLEY; BERNETTE
CLARK; HAROLD R. CLARK; DAVID LOUIS
CLIFFORD; RUSSELL COLE; FELTON J.
COLEMAN; ARTHUR COLLINS; DAVID
COLLINS; JEROME COMBS; DAVID K.
CONNER; ERNEST K. COOK; JOHN H. COOLEY;
JOEL CON; A.W. COOPER; FREDERICK COOPER;
O'DELL JOSEPH COOPER; MORENE L.
CORNELIUS JR.; PATRICK A. COTE; KEVIN
JERARD CROCHET; BARRY CRYER; BOLD
DAIGLE; PAT DAIGLE; PHILLIP J.
DAIGLE SR.; CLYDE EMILE DANIELS; LOUIS
W. DANNEHL; RODNEY W. DANZY; THOMAS E.
DAUGEREAUX III; RICHARD DAVIS; TOMMY

19

DAVIS; MARK B. DENEVE; EMILE D.
DESIRE; AUDREY DESSELLE; BRUCE
MICHAEL DEVERNEY; JESSIE E. DILLON SR.;
WILLIAM L. DIXON; ERIC DORTCH;
CALVIN DOSS; DONALD DOUBLEDAY;
FRANK J. DOUSE SR.; TERRY A. DUBOIS JR.;
BRIAN DUBY; GEORGE C. DUNN; FREDDIE
A. DUPRE; MICHAEL JOSEPH DUPRE;
CLARENCE DWYER; CHARLES E. EACKLES;
STEPHEN M. EBELING; LARRY L. EDWARDS;
JOHN R. ESTES; ALBERT FARRIER; CHARLES
L. FERGUSON; ALBERT FIELDS; JOHNNY
D. FIELDS; JOHNNY D. FINLEY; ROBERT E.
FISHER; CHALES A. FLEITAS;
BUD FOGAN; RAYMOND FOLEY; RICHARD P.
FONTENOT; ROBERT FONTENOT; TIMOTHY
C. FONTENOT SR.; CHARLES R. FORTINBERRY;
ALFORD FRANK; THOMAS FRENO; WILEY
DOYNE FRIBY; CHARLES L. GALBEN;
HENRY GANN; GEORGE A. GARIG; HENRY
J. GARIG; KENNETH GARY; AARON J.
GASPARD; JOHNNY GAUDET; ROBERT D.
GAUTREAUX; GEORGE H. GEMMELL;
WALTER GEORGE JR.; EMMETT S. GIBBS;
JERRY GILLEY; DAVID B. GILTON; AUGUST
A. GISCLAIR; JOSEPH E. GLEASON JR.;
DARRELL GOBERG; NICK GOBUZZI; CHARLES
GOLDSTON; ROGERT BONDAY; JAIME F.
GONZALEZ; MICHAEL J. GONZALEZ; CLARENCE
GRAY JR.; WINDELL GRAYSON SR.; JOHNNY
GREENE; EDWARD L. GREGORY; DIRK L.
GROENEWEG; ARMANDO GUEDIMIN; JAMES
GUICE; ARTHUR R. GUILLORY; GARLAND J.
GUILLORY; EZECHRIAL E. GUILLOT; TYRONE
GUILLOT; LEE R. HALE; MURRAY LANE HALL;
VAN A. HALLEY; CALVIN L. HAMPTON; HERMAN
C. HARDEN; TOM M. HARDEN; KIRBY HARDY;
CHARLES HARRIS SR.; MARVIN W. HART; ROOSEVELT
HATEN; KIRK J. HAYNES; ELLWOOD HENLEY;
DONALD W. HENRY JR.; GERALD HENRY; TYRONE
C. HENRY; LEON HIGGINGOTHAM; WILFORD
Z. HILL; RAY H. HOLLANDER; STEVE JOSEPH HOUSE;
LYLE J. HOWARD JR.; SHELBY F. HOWARD; ALYWIN J.
HOWELL; LARRY T. HUDSON; ALVIN HULBERT;
GARY HUNT; TIMOTHY JACKSON; ELVIN J. JARRELL;
VERNON JEFFERSON; YORK JENKINS; RAYMOND

STANLEY JENNINGS; DANIEL JOHNSON; ISSAC
JOHNSON; JAMES JOHNSON; JOHN D. JOHNSON SR.;
LEON M. JOHNSON; LLOYD JOHNSON; OBBIE
JOHNSON; RODNEY JOHNSON; TOMMY EUGINE
JOHNSON; WILLIAM D. JOHNSON; WILLIE JOHNSON;
TIMOTHY JONES; ZACHREY T. JONES; BOSWELL
JORDAN; JAMES JORDAN; OLLIE LEE JORDAN; MILTON
J. JOSEPH JR.; DANNY I. JULIAN; GREGORY JULIAN;
ARTHUR KAHOE; JACK KELLEY; GERALD A.
KELLY; RICHARD KING; ROSILEE KING; GEORGE R.
KINNEY; HENRY H. KNIEPER JR.; STACY O. KNOX;
MAC KNUPP; JAMES MICHAEL LACY; RICHARD B.
LADNER; ORLANDO LADUT; JACK LAFITTE; JAMES
LAIRD; ROBERT LAMBERT; RUSTY LANDRY; HENRY
LANTZ; DAVID LEBLANC; JOHNNY LEDAY; JOHNNY
GRAHAM LEDFORD; THOMAS JOSEPH LEE SR.;
 MARTIN T. LEON; JOHN A. LEVERT; CLIFFORD LEWIS;
PAMELA LIETEAU; ROLAND LOCKETT; JEFFERY
JOHN LOGNOIN; VICTOR W. LOVERDE JR.; SIDNEY
LOWERY; JOHN LOYD; ERNEST D. MACK; JAMES H.
MADDEN; MARK MADDOX; RAYNELL R. MADISON SR.;
VICTOR MANUEL; VINCENT L. MARSHALL SR.;
CHRIS J. MARTIN; HENRY C. MARTIN; KEVIN MARTS;
PATRICK D. MARTYN; EUGENE MASON; HEWITT L.
McCLAIN JR.; BARBARA N. McDANIEL; ROBERT F.
McGLOTHLIN; BARRY KEITH McNABB; JIMMIE MAJOR
McPAYNE; LINDSEY G. McPIPE; SCOTT PAUL MEDINE;
DONALD H. MEDLIN JR.; TRACE MERIDETH; JIMMY L.
MERRITT SR.; HENRY MICHAEL; JAMIE JAY MIRE;
TONY MITCHELL; WILLIAM L. MOCK SR.; DONALD
LOUIS MONCEAUX; EDMOND R. MOORE; GRADY N.
MOORE; ISAIAH MOORE; JERRY W. MOORE; ALVIN
MULDER SR.; TIM MULLINS; WALTER J. MURRELL SR.;
CHARLES NAPOLEON JR.; PERRY J. NAQUIN; ARDIS
M. NETTO; WILBER NEWCOMB; ROY C. NICHOLSON;
ROBERT NORTON; ROBERT T. NUNNERY; MICHAEL
A. ODOMS; JULIAN W. OGELSBY; BRADY JAMES ONCALE;
ALVIE E. OUBRE; RODNEY OWENS; FRANKLIN OZANE;
CHARLES D. PACK JR.; DERRICK PALMER; RICHARD
WILLIAM PALMER; TOM V. PARENT; FARRELL J. PARFAIT;
INNIS PARKER; FRANKLIN C. PARKS; LEONARD J.
PEARCE; DAVID PEARSON; SAMUEL PEARSON; ANTWAN
U. PETTIS; TONY PICOU; ANTHONY T. PIERRE; WENDELL M.
PIERRE; CHARLES J. PINNER; JAMANE A. PINSON; FRANK S.
PIOT III; MARIE ANN PLAISANCE; J.C. PLATT; MICHAEL
POIENCOT; HARLOW POLLAR; ENOCH E. POOLE; WENDELL

21

WAYNE PROCTOR; JIMMY PRUDHOMME; ARMANDO
QUINTNILLA; THOMAS QUINTERO; HUEY P. RACHAL;
JAMES RAFEY; RAFAEL RAMIERZ; JUAN RAMOS;
DOUGLAS RANKINS; PERCY RANSOME; FRANK RAY;
JOHN REASON JR.; HERBERT M. REAVES; JOSEPH L.
REINNINGER; ERNESTO RELEFORD II; MICHAEL D.
RENDON; EDWARD RICHARD; JOSEPH G. RICHARD; KENNETH
RICHARD; LOUISE RICKS; AVERY M. RILEY SR.; HARRISON
LEE RILEY SR.; ANITA ROBERTSON; HOWARD ANTHONY
ROBINSON; LARRY A. ROBINSON; CAROL A. ROCHE JR.;
JOHN T. ROGER; JERRY ROGERS; JOHN T. ROGERS; JOEY
ROMERO; HENRY LOUIS ROSE SR.; ALZILDA ROWLAND;
RONNIE SELVADORE RUMORE; RAY RUSHING; MELVIN C.
SANCHEZ; JOHNNIE SANSOM; JERRY E. SAUCER SR.; DELOIS H.
SEALS; PAUL SEVERIO; EARL R. SHARKLEY; DAVID
SHARP; FREDRICK SHORT; ROBERT J. SIMON; CLEVELAND E.
SMITH; JOHN L. SMITH; RANDOLPH L. SMITH; STANLEY
SMITH; EMILE D. SOLAR; CHARLES R. SORRELLS SR.; DONOVAN
R. SPEARS; LEON SPENCE; WATSON O. SPENCER; DALE
MICHAEL ST. PIEREE; BRUCE STATEN; THOMAS W. STEEN;
ENOCH STEWART; LLOYD STIPE JR.; MURPHY STIPES JR.;
KEITH S. STOUFFLETT; CLAUDE J. STRICKLAND; PHILIP
STROTHER; CLEASTER SWAING; BILLY R. TAYLOR; MARK
JAMES TERREBONE SR.; ARRON THEODORE; DEWERY
THOMAS; ERNEST GRANT THOMAS JR.; FLOYD HENRY
THOMASSEE; ARTHUR J. THOMPSON; CARL THOMPSON;
LEE EDWARD TILLMAN; MARVIN MICHAEL TIMS; GREGORY
N. TODD; RUBEN TORRES; ROD JOSEPH TOUPS; STEVEN
A. TOUPS JR.; JOHN R. TUBRE; PURBLIC TUCKER; KERRY W.
TURNER; LATOYA TURNER; CLARENCE USSIN; JACOB B.
VAIL; MARIA M. VASQUEZ; JERRY R. WALKER; MICHAEL
KEITH WALKER; CHESTER RONALD WALLACE; GEORGE S.
WARNER; GEORGE J. WASDIN; BOBBY WASHINGTON;
GARY WASHINGTON; CONNIE WATSON; KENNETH W. WATSON;
DAVID WELLS; LUTHER STEPHEN WENDEL; GLYN WEST;
DONALD G. ESTRUP SR.; ROBERT M. WHIDDON;
ALFRED JAMES WHITE; CEDRIC WHITE; KERWIN C. WHITE;
MARSHALL WHITE; GARRY N. WHITEHEAD; EMERSON
WHITFIELD; ROYAL WIGGINS JR.; WILLIAM E. WILEY; RUSSELL
G. WILL; DANNY C. WILLIAM; ALBERT H. WILLIAMS; BARBER
WILLIAMS; CURTIS WILLIAMS; DONALD WILLIAMS; GLENN
WILLIAMS SR.; GREGORY WILLIAMS; HENRY WILLIAMS;
MARK A. WILLIAMS; MATTIE WILLIAMS; MICHAEL JEROME
WILLIAMS; TONY M. WILLIAMS; WESLEY WILLIAMS;
CHARLES WILLS; LYNN WIRE; DARRELL WISHAM;
TERRANCE O. WITSON; MELVIN A. WRIGHT;

LYNDA AND RONALD ALLISON; RON AND LYNDA
ALLISON; ELDER S. AND BESSIE BAILEY; WILLIAM
BISHOP JR.; JAMES S. AND DIXIE BROWN; ROBERT G.
AND ELSIE BYNUM; WAYNE CAUSEY; J.W. AND ANNIE
COX; BRUCE AND LYNDA CRAFT; THOMAS M. AND
DIANE CRUTHFIELD; JOEL M. AND MICHELLE
DUCKWORTH; BENJIE EASTERLING; STANLEY D. AND
KATHY EVANS; MARTIN E. AND MELISSA FINLEY JR.;
MARTIN E. AND IDA FINLEY SR.; JOHN J. AND
MARGUERITE GANDY; TERRY K. AND RUBY GILL SR.;
RUBY E. AND TERRY GILL; HANK J. AND JACQUELINE
GRAHAM; JANICE M. AND RICHARD GRAHAM; JUNIOR
A. AND DORIO GRAHAM; TONEY M. AND DONNA
GRAHAM; RICHARD J. AND JANICE GRAHAM; WILLIAM
C. AND MARY GRAHAM; J.B. AND DONNA HODGE;
SAMUEL H. AND SHERRY JACKS JR.; CHARLES G. KENDALL;
CHARLES AND BELINDA KENDALL; WILLIAM AND
SUE OWN; JAMES A. PARKER; EARL B. PICKERING;
MARK TYRONE AND MELISSA POOLE; CALVIN E. AND
BARBARA POOLE; DONNIE M. PUGH; RANDY E. AND
KATHY PUGH; ROBERT L. AND DONNA PUGH; KAREN
AND HERSHELL PULLENS; CHARLES AND DOROTHY
O'MEARA; MARK ANTHONY PURVIS; ALLEN R.
PURVIS JR.; JAMES MATTHEW PURVIS; ALLEN R. AND
MADLE PURVIS SR.; CARL T. SANDERS; PAYTON G.
AND CAROLYN SHARP; CAROL E. AND LOUISE SMITH;
FRANK A. AND BERNICE SMITH; MICHAEL D.
AND MATILDA STEPHENS; DENSEL M. AND MARY STEWART;
CHARLES F. AND JILL THRASHER; CLYDE TRAVIS;
HORACE V. AND TOMMY JEAN WHITE; STEVE L. AND
TAMIE WILLIAMS; HOWARD L. AND BRENDA WYATT;
KEVIN H. WYATT; LOYD D. AND KAY WYATT; CHARLES E.
YATES JR.; PATTY E. YATES; CHARLES E. AND PATTY
YATES SR.;
BOBBY E. AND JUDY WARE, HOLDEN LA;
CHARLES ALBERT WILLIAMS SR., DENHAM SPRINGS LA;
JIMMY C. AND MAGLEEN LEJEUNE, BATON ROUGE LA;
RANDY L. AND NANCY MATTHEWS, ROBERT LA;
RICHARD L. AND MARY ABEL, TERRYTOWN LA;
ALTON AND VIRGINIA BALFANTZ, LIBERTY MS;
WARREN AND CAROL S. BODENHEIMER, SLIDELL LA;
FLOYD AND JOYCE CARPENTER, EIGHT MILE AL;
FERDINAND H. AND SHIRLEY CROCHET, HARVEY LA;
VERNON AND BETTY HARRIS, BELLE ROSE LA;
WILLIE E. HATCHER, DULESSIS LA;
JAMES C. AND JACQUELINE HICKS, LA;
JOHN E. AND LOUISE HUDSON SR., PEARL RIVER LA;
JOSEPH C. AND WANDA JONES, WOODWORTH LA;

23

MYRON G. AND VELMA LAWRENCE, VINCENT ACRES LA;
CLAYTON B. LAWTON, PASS CHRISTIAN MS;
ANDREW LEBLANC, LOUISIANA;
JOHN AND JOYCE LINGO, PEARL RIVER LA;
RANDY LEE AND NANCY MATTHEWS, ROBERT LA;
EARL McDUFFIE, LOUISIANA;
RODNEY JOSEPH RODRIGUES, KILN MS;
WAYNE SHOEMAKER, FRANKLINGTON LA;
POLIE D. AND EMMA STEWART JR., MAGNOLIA MS;
BOBBY E. AND JUDY WARE, HOLDEN LA;
ROBERT L. AND MARY N. WILKINSON, BAKER LA;
TONY AND CHERI WILLIAMS, GREENWELL SPRINGS LA;
RANDY AND NANCY MATTHEWS, ROBERT LA;
CHARLES A. WILLIAMSON SR., DENHAM SPRINGS LA;
ARDIS AND MARY NETTO, LIVINGSTON LA;
JOSEPH AND MARIE D. CASHIO, FORDOCHE LA;
ARTHUR A. HEBERT SR., PLAQUEMINE LA;
AARON J. AND TONIA GASPARD, PIERRE PART LA;
JAIME F. AND AMANDA GONZALEZ, WEST LAKE LA;
CLARENCE GRAY, LAKE CHARLES LA;
EZECHRIAL B. GUILLOT, MANSURA LA;
ALBERT HYDE WILLIAMS, RACELAND LA;
MARK B. DENEVE, IOURA LA;
KENNETH M. RICHARD, SUNSET LA;
DAVID S. AND CAROL L. LEBLANC, LAKE CHARLES LA;
LEON M. JOHNSON, NEW ORLEANS LA;
PATRICK O. AND LORENZA MARTYN, METAIRIE LA;
NICK GOBAZZI, ST. BERNARD LA;
ROBRET MICHAEL NORTON, NEW ORLEANS LA;
CAROL A. AND MABLE M. ROCHE, NEW ORLEANS LA;
CLARENCE AND WILLIE MAE, NEW ORLEANS LA;
TYRONE C. HENRY SR., GRETNA LA;
GEORGE A. GARIG SR., NORWOOD LA;
SIDNEY M. LOWERY, BATON ROUGE LA;
CLARENCE M. USSIN SR., BATON ROUGE LA;
DARRELL W. AND MACHELL D. WISHAM, BATON ROUGE LA;
JAMES E. AND LILIAN J. BRADY, EROS LA;
ROY A. AND SHIRLEY HOLLANDER, DEQUINCY LA;
LARRY T. HUDSON, MARRERO LA;
LYLE J. HOWARD JR., NEW ORLEANS, LA;
ELVIN T. JARRELL, MERAUX LA;
VERNON AND CHARLENE C. JEFFERSON, NEW ORLEANS LA;
RAYMOND S. JENNINGS, METAIRIE LA;
DANIEL E. JOHNSON, FOLSOM LA;
JAMES AND ETHEL JOHNSON SR., FRANKLIN LA;
TOMMY E. JOHNSTON, SIKES LA;
TIMOTHY AND THERESA JONES, FRANKLIN LA;

24

CLIFFORD AND ROSALIE LEWIS, NEW ORLEANS LA;
JOHN E. AND CAROL M. LOYD, COVINGTON, LA;
RAYNELL AND JOYCE J. MADISON SR., DONALDSVILLE LA;
CHRIS J. MARTIN, CHEUVIN LA;
HEWITT L. McLAIN JR., MADISONVILLE LA;
JIMMY L. MERRITT, BOOTHVILLE LA;
VICTOR W. LAVERDE JR., VIOLET LA;
JAMES H. AND MARY MADDEN SR., JENNINGS LA;
KEVIN W. MARTS, VIOLET LA;
VINCENT MARSHALL SR., EMPIRE LA;
ISIAH AND ELOA L. MOORE, NEW ORLEANS LA;
PERRY JOSEPH NAQUIN, BOURG LA;
EDMOND R. AND BETTY R. MOORE, SLIDELL LA;
TRACE E. AND BRENDA MERIDETH, PRAIRIEVILLE LA;
DANNY L JULIAN, MARRERO LA;
RICHARD KING, HARVEY LA;
JERRY W. AND PATRICIA MOORE, WALKER LA;
MILTON JOSEPH JR., METAIRIE LA;
GERALD KELLY, KENNER LA;
JACK LAFITTE, CHALMETTE LA;
ROBERT H. LAMBERT, POPLARVILLE MS;
JOHNNY AND SANDRA T. LEDFORD, MANY LA;
MARTIN T. LEONA, NEW ORLEANS LA;
GEORGE C. AND LINDA F. DUNN, VINTON LA;
LARRY L. AND THERESA EDWARDS, KINDER LA;
RICHARD P. AND BETTY FONTENOT, DEQUINCY LA;
ARTHUR R. GUILLORY, SULPHUR LA;
FRANKLIN C. AND JACKIE R. PARKS, WAGGAMAN LA;
JIMMY PRUDHOMME, LAKE CHARLES LA;
DONOVAN R. AND JAIME SPEARS, SULPHUR LA;
GREGORY N. AND DELLA A. TODD, SULPHUR LA;
JOSEPH G. RICHARD, LAKE CHARLES LA;
RUSTY J. LANDRY, CADE LA;
DOUGLAS AND REGINA RANKINS, LAKE CHARLES LA;
CHARLES R. AND EMMA Y. SORRELLS, CAMERON LA;
DARRELL JUDE GOBERT JR., LAKE CHARLES LA;
GLENN D. WILLIAMS, NEW ORLEANS LA;
DAVI D L. AND COLLEEN CLIFFORD, DESTREHAN LA;
HENRY C. AND BESSIE MARTIN, PICAYUNE MS;
PATRICK L. AND HEATHRE L. DAIGLE, SULPHUR LA;
ROBERT AND BEVERLY FONTENOT, LAKE CHARLES LA;
EMMETT S. AND MARIE C. GIBBS, MONROE LA;
ALYWIN J. AND BELINDA C. HOWELL, NEW ORLEANS LA;
HENRY W. AND IRIS H. KNIEPER JR., NEW ORLEANS LA;
ORLANDO AND PATRICIA LADUT SR., CHALMETTE LA;
EUGENE MASON, HARVEY LA;
WILLIAM L. AND RUTHIE MOCK, WALTERBORO SC;
DELOIS H. SEALS, MERAUX LA;

GEORGE S. AND ROMONA WARNER, OPELOUSAS LA;
ALFRED AND SHEILA BACKLIN, GEORGE COUNTY MS;
ELVIN C. AND DELORIS BACKLIN, GEORGE COUNTY MS;
WILLIAM E. AND THELMA BURRELL, HOLMES COUNTY MS;
JACK D. AND JENNIE CARNLEY SR., JACKSON COUNTY MS;
COLEMAN AND RITA CARPENTER, BOONEVILLE MS;
FOSTER C. AND CARL CHILDERS, SALTILLO MS;
HUBERT AND ROSIE CRAFT, HERMANVILLE MS;
LARKIN C. AND MARGARET CUMMINGS, NORTH CARROLTON MS;
ROBERT AND PATSY CUNNINGHAM, TALLULAH LA;
KENNETH AND MARY DAVIS, JACKSON COUNTY MS;
THOMAS H. AND BOBBIE DICKERSON, GEORGE COUNTY MS;
JIMMY W. AND PEGGY DILLARD, GREENWOOD SPRINGS MS;
JOSEPH W. AND ELIZABETH DOSSETT, GEORGE COUNTY MS;
PAMELA DURIAN, SUNFLOWER COUNTY MS;
LARRY AND IVY FREISHTMAN, GEORGE COUNTY MS;
JAMES L. GILBERT, LELAND MS;
JOHN W. AND CONNIE GIVENS, COILN, MS;
PAUL AND LUCILLE GOLDSMITH, JACKSON COUNTY MS;
RALPH H. AND CAROLYN HARRIS JR., GREENVILLE MS;
CHARLESA ND BARBARA HURST, HOLMES COUNTY MS;
JIMMY D. AND JANIS JAMES, FULTON MS;
CALVIN LEVY, HOLMES COUNTY MS;
ALVIN T. AND CINDY MARLAR, BURNSVILLE MS;
IRA W. AND MARY McCULLUM, VOSSBURG MS;
ERVIN E. AND DALE McMILLIAN, JACKSON COUNTY MS;
ARCHIE R. MITCHELL, CLEVELAND MS;
JAMES W. AND ROSA MOODY, McCLAIN MS;
LEROY E. AND JUDY NELSON, HARRISON COUNTY MS;
PAUL AND LINDA OVERSTREET, MERIGOLD MS;
RONNIE AND LINDA PARKER, JONES COUNTY MS;
WILLIAM E. AND PERTRE PEEPLES, VAIDEN MS;
CLARENCE AND ALFREDA RATLIFF, HINDS COUNTY MS
ARTHUR L. AND GLENDA RATTLER, GREENVILLE MS;
ROGER W. RUSHING, TYLERTOWN MS;
DENNIS AND LORETTA RYALS, PORT GIBSON MS;
CHARLIE SEALS, PLANTERSVILLE MS;
CLARENCE AND HAZEL SWINDOLL, CARROLLTON MS;
WILLIAM AND FRANCES WASHINGTON, MADISON MS;
RUSSELL AND SHIRLEY WOOD SR, JACKSON COUNTY MS;
JOSEPH C. AND PEGGY YOUNG SR., JACKSON COUNTY MS;
JAMES H. HARDY; KENNETH L. WELLS; JAMES E.
LOWE; WILLIE J. McCRAY; CHRIS A. BILLIOT;
MANNY J. HORRIDGE; CLARENCE JOLLA; DAVID
BATES; CHARLES NORMAN III; LANCE BIAS; THOMAS B.
CRUSE JR.; GURVIS C. ASHLEY; LEVY DUNBAR;
KIRK D. BONADONA; DENNIS EDWARD; WARREN BODENHEIMER        PLAINTIFFS

VS.                                    CIVIL ACTION NO. _____

LINCOLN ELECTRIC COMPANY; HOBART
BROTHERS COMPANY; ILLINOIS TOOL
WORKS, INC.; ESAB GROUP, INC.; SELECT
ARC; INC.; NATIONAL ELECTRICAL MANUFACTURERS
ASSOCIATION; THE FERROALLOYS ASSOCIATION;
BOC GROUP f/k/a AIRCO, INC; PRAXAIR, INC.;
TDY INDUSTRIES, INC.; VIACOM, INC.;
WESTINGHOUSE ELECTRIC CORPORATION;
CATERPILLAR, INC.; GENERAL ELECTRIC COMPANY;
UNION CARBIDE CORPORATION;
UNION CARBIDE CHEMICALS AND PLASTICS
COMPANY, INC.; EUTECTIC CORPORATION;
A. O. SMITH CORPORATION; SANDVIK, INC.;
DELORO STELLITE COMPANY, INC.;
MILLER ELECTRIC MANUFACTURING CO., INC.;
J. W. HARRIS CO., INC.; INDUSTRIAL WELDING
SUPPLIES OF HATTIESBURG, INC. D/B/A/ NORDAN SMITH;
AIRGAS-GULF STATES, INC.; CAPWELD, INC.;
EILAND'S WELDERS SUPPLY, INC.; WELDING
ENGINEERING SUPPLY CO., INCORPORATED;
SOUTHERN EQUIPMENT SUPPLY COMPANY, INC.;
B & R INDUSTRIAL SUPPLY; COLUMBIA WELDING
SERVICE, INC. and JOHN DOE DEFENDANTS A-Z                    DEFENDANTS

## NOTICE OF REMOVAL

Defendants The Lincoln Electric Company; A.O. Smith Corporation; The ESAB Group, Inc.;

Eutectic Corporation; Hobart Brothers Company; Praxair, Inc.; Sandvik, Inc.; Union Carbide

Corporation and Union Carbide Corporation in its capacity as the successor in interest to Union

Carbide Plastics & Chemicals Company, Inc.; Viacom Inc., successor by merger to CBS

Corporation, f/k/a Westinghouse Electric Corporation; TDY Industries, Inc. (Teledyne McKay); The

BOC Group, Inc., formerly known as Airco, Inc.; and Airgas-Gulf-States, Inc. (collectively "the

removing defendants") remove this action from the Circuit Court of Smith County, Mississippi to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446, and in support would show the following:

1.    The removing defendants are included among the defendants in an action pending in the Circuit Court of Smith County, Mississippi entitled Anson M. Russell, et al. versus Lincoln Electric Co., et al., which was filed on December 26, 2002, and which appears on the docket of that court as Civil Action No. 2002-498.

2.    The plaintiffs allege in the complaint that the defendants are all sellers of consumable welding products (such as welding rods) that contain manganese. The plaintiffs allege that such manganese-containing welding consumables are defective and unreasonably dangerous because (a) during their normal use they emit fumes that also contain manganese, the exposure to which allegedly causes neurological injuries; and (b) the defendants failed to provide adequate warnings of these alleged dangers to users and other persons who might be exposed to such fumes.

3.    On information and belief, the plaintiffs are residents of Alabama, Arkansas, Arizona, California, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, New Hampshire, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Virginia, and Washington. The plaintiffs are therefore citizens of those states for diversity purposes under 28 U.S.C. § 1332.

4.    None of the defendants in this action is incorporated under the laws of, or has its principal place of business in, Arkansas, Arizona, Florida, Georgia, Indiana, Kentucky, Louisiana, Maryland, North Carolina, New Hampshire, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, or Washington. Accordingly, no defendant may be considered a non-diverse citizen of any of those states for diversity purposes under 28 U.S.C. § 1332.

5.     The only defendants that are incorporated under the laws of Mississippi or that have their principal places of business in Mississippi are B & R Industrial Supply; Capweld, Inc.; Columbia Welding Service, Inc.; Eiland's Welders Supply Inc; Industrial Welding Supplies of Hattiesburg, Inc.; and Southern Welding Supply, Inc.  The only defendants that are incorporated under the laws of Alabama or that have their principal places of business in Alabama are Welding Engineering Supply Co., Inc. and Airgas-Gulf States, Inc.  These distributors ("the non-diverse distributors") are thus the only defendants that may be considered citizens of Mississippi or Alabama for diversity purposes under 28 U.S.C. § 1332.

6.     It is now established, through discovery responses recently received from the non-diverse distributors, that they have been fraudulently joined as defendants to defeat diversity jurisdiction.  Specifically, the non-diverse distributors' discovery responses reveal that they had no knowledge or reason to know at any relevant time of the dangers associated with manganese-containing welding consumables as alleged by the plaintiffs.  The plaintiffs thus have no possibility of recovery against the non-diverse distributors under Mississippi law, and the citizenship of those distributors therefore should be disregarded for diversity purposes.

7.     Additionally, the plaintiffs have been fraudulently and egregiously misjoined to defeat diversity jurisdiction.  The various plaintiffs allege different injuries and symptoms resulting from exposure to fumes from different types of welding consumables manufactured by different manufacturers and sold by different distributors who may or may not be named as defendants in this action.  The complaint contains no allegations linking any particular plaintiff to any particular distributor.  The plaintiffs' alleged exposures occurred during different time periods, under different working conditions, using different types of equipment, at different places of employment, and in

29

different geographical areas. The plaintiffs' claims thus do not arise out of the same transaction or occurrence or series of transactions or occurrences, and do not raise any common question of law or of fact. Moreover, even if the plaintiffs' claims against the non-diverse distributors were generally cognizable under Mississippi law, no plaintiff could possibly have a viable claim against any distributor who did not actually sell the consumables to which that plaintiff was allegedly exposed. The plaintiffs therefore should be severed pursuant to Fed. R. Civ. P. 21 and should be considered separately in determining whether complete diversity exists between the parties.

8.      The complaint alleges that the plaintiffs have suffered personal injuries including severe neurological injuries, past and future pain and suffering, past and future medical treatment and medical expenses, past lost wages and future disability, past and future impairment of earning capacity, a diminution in quality and enjoyment of life, emotional distress, and loss of consortium. The complaint also asserts a claim for punitive damages. It is therefore facially apparent from the complaint that the amount in controversy exceeds $75,000, exclusive of interest and costs.

9.      This action is therefore removable to this Court because complete diversity exists between the properly considered parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, as required for federal diversity jurisdiction under 28 U.S.C. § 1332.

10.     The plaintiffs' complaint did not reveal the existence of complete diversity on its face. Instead, the first papers received by the removing defendants from which the existence of complete diversity could be ascertained were the discovery responses received from the non-diverse distributors revealing that the plaintiffs had no possibility of recovery against them because they had no knowledge or reason to know  at any relevant time of the supposed dangers associated with manganese-containing welding consumables as alleged by the plaintiffs. Those discovery responses

were received no earlier than June 27, 2003. This Notice of Removal is filed within 30 days of the receipt of the discovery responses as required by 28 U.S.C. § 1446(b), and within one year of the commencement of this action as required by § 1446(b).

11.    The removing defendants hereby give notice to the plaintiffs of the removal of this action pursuant to 28 U.S.C. § 1446(d).  The removing defendants simultaneously are filing a true and correct copy of this Notice of Removal with the clerk of the Circuit Court of Smith County, Mississippi pursuant to 28 U.S.C. § 1446(d).

12.    Attached as Exhibit A is a copy of all process, pleadings, and orders served on the removing defendants as required by 28 U.S.C. § 1446(a).

**ACCORDINGLY,** the removing defendants remove this action and give notice that the Circuit Court of Smith County, Mississippi shall proceed no further pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

THE LINCOLN ELECTRIC COMPANY; A.O. SMITH CORPORATION; THE ESAB GROUP, INC.; EUTECTIC CORPORATION; HOBART BROTHERS COMPANY; PRAXAIR, INC.; SANDVIK, INC.; UNION CARBIDE CORPORATION AND UNION CARBIDE CORPORATION IN ITS CAPACITY AS THE SUCCESSOR IN INTEREST TO UNION CARBIDE PLASTICS & CHEMICALS COMPANY, INC.; AND VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION

By: _Michael W. Ulmer_

Michael W. Ulmer
Lewis W. Bell

31

OF COUNSEL:

Michael W. Ulmer (MSB No. 5760)
Lewis W. Bell (MSB No. 2337)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300
Post Office Box 650
Jackson, Mississippi 39205


Walker W. Jones, III
BAKER DONELSON BEARMAN & CALDWELL
Meadowbrook Office Park
4268 I-55 North
Post Office Box 14167
Jackson, Mississippi 39236

James E. Upshaw
UPSHAW WILLIAMS BIGGERS BECKHAM & RIDDICK
309 Fulton Street
Post Office Drawer 8230
Greenwood, Mississippi 38935-8230

Mark C. Carroll
UPSHAW WILLIAMS BIGGERS BECKHAM & RIDDICK
Post Office Box 9147
Jackson, Mississippi 39286-9147

TDY INDUSTRIES, INC. (TELEDYNE MCKAY)

BY: _Richard L. Forman_____

Richard L. Forman

OF COUNSEL:

Richard L. Forman, MSB No. 5427
Tim Gray, MSB No. 10192
FORMAN PERRY WATKINS KRUTZ
   & TARDY, PLLC
1200 One Jackson Place
188 E. Capitol Street
Jackson, Mississippi 39201

THE BOC GROUP, INC., FORMERLY
KNOWN AS AIRCO, INC.

BY: _____
R. David Kaufman
M. Patrick McDowell

OF COUNSEL:

R. David Kaufman, MSB No. 3526
M. Patrick McDowell, MSB No. 9746
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205


AIRGAS-GULF STATES, INC.

BY: _____
Charles L. McBride, Jr.
R. Richard Cirilli, Jr.

OF COUNSEL:

Charles L. McBride, Jr., MSB No. 8995
R. Richard Cirilli, Jr., MSB No. 99132
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on

this date by United States mail, postage prepaid, upon the following:

**ATTORNEYS FOR PLAINTIFFS:**

James Grenfell
Grenfell, Sledge & Stephens
Post Office Box 16570
Jackson, Mississippi 39236-6570

33

Lowry M. Lomax
Scott O. Nelson
Maples and Lomax, P.A.
2502 Market Street
Post Office Drawer 1368
Pascagoula, Mississippi 39568-1368

Don Barrett
Richard Barrett
Barrett Law Office
Post Office Box 987
Lexington, Mississippi 39095

Paul S. Minor
James R. Reeves, Jr.
Wynn E. Clark
Minor & Associates
Post Office Drawer 1388
Biloxi, Mississippi 39533

## ATTORNEYS FOR DEFENDANTS:

| | |
|---|---|
| Richard M. Edmonson<br>Armstrong Allen<br>2525 Lakeward Drive, Suite 200<br>Jackson, Mississippi 39216<br><br>**ATTORNEY FOR SELECT ARC; AND DELORO STELLITE** | Robert W. Sneed<br>5 Old River Place, Suite 205<br>Post Office Box 2251<br>Jackson, Mississippi 39225-2251<br><br>**ATTORNEY FOR EILAND'S WELDERS SUPPLY, INC.** |

| | |
|---|---|
| O. Stephen Montagnet, III<br>McCraney & Montagnet<br>11 Northtown Drive, Suite 220 (39211)<br>Post Office Box 16368<br>Jackson, Mississippi 39236<br><br>Hubert O. Thompson<br>Alan W. Brothers<br>Brothers & Thompson, P.C.<br>20 East Jackson Boulevard, Suite 650<br>Chicago, Illinois 60602<br><br>**ATTORNEYS FOR ILLINOIS TOOL WORKS, INC. and MILLER ELECTRIC MANUFACTURING CO., INC.** | Christopher R. Shaw<br>Phelps Dunbar, LLP<br>SkyTel Centre, Suite 500<br>200 South Lamar Street<br>Post Office Box 23066<br>Jackson, Mississippi 39225-3006<br><br>Michael B. DeSanctis<br>Jenner & Block, LLC<br>601 Thirteenth Street, N.W., Twelfth Floor<br>Washington, District of Columbia 20005<br><br>**ATTORNEYS FOR NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION** |
| Betty A. Mallett<br>McGlinchey Stafford, PLLC<br>200 South Lamar Street, Suite 100<br>Post Office Drawer 22949<br>Jackson, Mississippi 39225<br><br>Eric Shuman<br>McGlinchey Stafford, PLLC<br>643 Magazine Street<br>Post Office Box 60643<br>New Orleans, Louisiana 70160-0643<br><br>**ATTORNEYS FOR CATERPILLAR, INC.** | Jack McCants, III<br>Forman Perry Watkins Krutz & Tardy<br>188 East Capitol Street, 12th Floor<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br><br>Bonnie J. Semilof<br>Katharine R. Latimer<br>Spriggs & Hollingsworth<br>1350 I Street, N.W., Suite 900<br>Washington, District of Columbia 20005<br><br>**ATTORNEYS FOR GENERAL ELECTRIC COMPANY** |
| Bruce McKinley<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>Post Office Box 6020<br>Ridgeland, Mississippi 39158-6020<br><br>**ATTORNEY FOR CAPWELD, INC.** | Wilson H. Carroll<br>Phelps Dunbar, LLP<br>SkyTel Centre, Suite 500<br>200 South Lamar Street<br>Post Office Box 23066<br>Jackson, Mississippi 39225-3066<br><br>**ATTORNEY FOR J.W. HARRIS COMPANY, INC.** |
| M. Scott Minyard<br>Baker, Donelson, Bearman & Caldwell<br>268 I-55 North (39211)<br>Post Office Box 14167<br>Jackson, Mississippi 39236<br><br>**ATTORNEY FOR WELDING ENGINEERING SUPPLY COMPANY, INC.** | David M. Ott<br>Bryan, Nelson, Randolph & Weathers, P.A.<br>6524 U.S. Highway 98<br>Post Office Drawer 18109<br>Hattiesburg, Mississippi 39404-8109<br><br>**ATTORNEY FOR INDUSTRIAL WELDING SUPPLIES OF HATTIESBURG, INC., d/b/a NORDAN SMITH** |

| | |
|---|---|
| Richard F. Yarborough, Jr.<br>Aultman Tyner Ruffin & Yarborough<br>329 Church Street<br>Post Office Drawer 707<br>Columbia, Mississippi 39429<br><br>**ATTORNEY FOR COLUMBIA WELDING SERVICE, INC.** | Silas W. McCharen<br>Daniel Coker Horton & Bell, P.A.<br>4400 Old Canton Road; Suite 400<br>Post Office Box 1084<br>Jackson, MS 39215-1084<br><br>**ATTORNEY FOR SOUTHERN EQUIPMENT SUPPLY CO., INC.** |
| Jack H. Dodson<br>Craig Hester, Luke & Dodson<br>Post Office Box 12005<br>Jackson, Mississippi 39236-2005<br><br>**ATTORNEY FOR B&R INDUSTRIAL SUPPLY** | |

Dated: July 21, 2003.

M. Patrick McDowell

## JOINDER IN NOTICE OF REMOVAL

Defendant Deloro Stellite Company, Inc. hereby join in and consent to the removal of the following cases:

1.  Emmett Adams, et al. vs. Lincoln Electric Company, et al., Smith County Circuit Court, Civil Action No. 2002-338

2.  Kenneth Adams, et al. v. Lincoln Electric Co., et al., Forrest County Circuit Court, Civil Action No. CI02-0400

3.  Robert E. Allen and Karen S. Allen vs. Lincoln Electric Company, et al., Jackson County Circuit Court, Civil Action No. CI-2002-003-WR

4.  Harry Anderson and Eva Anderson vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-265

5.  Ralph W. Anglin and Tammy Lee Anglin vs. Lincoln Electric Company, et al, Jackson County Circuit Court, Civil Action No. CI-2002-001-WR

6.  Wilbert Archer and Mary Archer vs. Lincoln Electric Co., et al., Claiborne Circuit Court, Civil Action No. 2002-322

7.  Will Armstrong vs. Lincoln Electric Co., et al, Claiborne Circuit Court, Civil Action No. 2002-332

8.  James Banks, et al. vs. Lincoln Electric Co., et al., Jefferson Circuit Court, Civil Action No. 2002-290

9.  O.D. Barnes, et al. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-397-CIV12

10. Norman Bates, et al. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002- 398-CIV12

11. Kenneth D. Beasley, Sr., et al. vs. Lincoln Electric Co., et al., Adams County Circuit Court, Civil Action No. 02-KV- 0253-J

12. Curtis Bender vs. Lincoln Electric Co., et al., Jasper Circuit Court, First Judicial District, Civil Action No. 12-0231

13. Joe Blackman, et al. vs. Lincoln Electric Co., et al., Holmes County Circuit Court, Civil Action No. 2002-260

14. Ernest Bolton, et al. vs. Lincoln Electric, et al., Perry County Circuit Court, Civil Action No. 2002-0120

15. <u>Leonard Broughton vs. Lincoln Electric Co., et al.,</u> Harrison County Circuit Court, 2d Judicial District, Civil Action No. A2402-02-335

16. <u>Willie Buck, Sr. vs. Lincoln Electric Co., et al.,</u> Claiborne County Circuit Court, Civil Action No. 2002-329

17. <u>Leandrew Cadney, et al. vs. Lincoln Electric Co., et al.,</u> Claiborne County Circuit Court, Civil Action No. 2002-326

18. <u>John Campbell vs. Lincoln Electric Co., et al.,</u> Claiborne County Circuit Court, Civil Action No. 2002-325

19. <u>Damon Carr and Bertha Carr vs. Lincoln Electric Co., et al.,</u> Claiborne County Circuit Court, Civil Action No. 2002-324

20. <u>Robert Carr and Debra Carr vs. Lincoln Electric Co., et al.,</u> Smith County Circuit Court, Civil Action No. 2002-496

21. <u>Thomas Carter, et al. vs. Lincoln Electric Co., et al.,</u> Forrest County Circuit Court, Civil Action No. CI02-0401

22. <u>Jack Dantzler, et al. v. Sanderson Farms, Inc., et al.,</u> Forrest County Circuit Court, Civil Action No. CI02-0458

23. <u>Bobby Deanes and Mary Bell vs. Lincoln Electric Co., et al.,</u> Clay County Circuit Court, Civil Action No. 2002-269

24. <u>Herman Ray Dearmon, Sr. vs. Lincoln Electric Co., et al.,</u> Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-396-CIV12

25. <u>Richard J. Dubose, Sr. et al. vs. Lincoln Electric Company, et al.,</u> Smith County Circuit Court, Civil Action No. 2002-497

26. <u>Clarence R. Dykes, et al. v. Lincoln Electric Co., et al.,</u> Jones County Circuit Court, 2nd Judicial District, Civil Action No. 2002-373-CV12

27. <u>Bobby Edwards vs. Lincoln Electric Co., et al.,</u> Copiah County Circuit Court, Civil Action No. 2002-0356

28. <u>Richard Fife vs. Lincoln Electric Co., et al.,</u> Claiborne County Circuit Court, Civil Action No. 2002-327

29. <u>Ethal Graham and John Leggette vs. Lincoln Electric Co., et al.,</u> Noxubee County Circuit Court, Civil Action No. 02-460

30. Jessie Green, et al. vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-260

31. Willie L. Jackson and Mary Jackson vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-268

32. Carl Johnson vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-269

33. Lissa Johnson, et al. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-372-CV12

34. Otis Jones, Jr., et al. vs. Lincoln Electric Co., et al., Jasper County Circuit Court, 1st Judicial District, Civil Action No. 12-0200

35. Eddie Kilcrease and Mellia Kilcrease vs. Lincoln Electric Company, et al., Claiborne County Circuit Court, Civil Action No. 2002-341

36. Norris G. Lingle, et al. vs. Lincoln Electric Co., et al., Smith County Circuit Court, Civil Action No. 2002-499

37. Rene Mackey vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-270

38. Lee Mattix, et al. vs. Lincoln Electric Co., et al., Noxubee County Circuit Court, Civil Action No. 2002-414

39. James Maye vs. Lincoln Electric Company, et al., Harrison County Circuit Court, Civil Action No. A2402-02-336

40. Lee McWilliams, et al. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 1st Judicial District, Civil Action No. 2002-101-CV12

41. Vernon Stanley Morris, et al. vs. Lincoln Electric Co., et al. Copiah County Circuit Court, Civil Action No. 2001-475

42. William H. Paige, Sr. vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-271

43. Edward and Melba Pickering vs. Lincoln Electric Company, et al., Claiborne County Circuit Court, Civil Action No. 2002-340

44. Jimmy and Sue Pickering vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-339

3

45.   *Wilson Presher vs. Lincoln Electric Co., et al.*, Smith County Circuit Court, Civil Action No. 2002-575

46.   *Clarence Ratliff and McKinley Cox vs. Lincoln Electric Co., et al.*, Hinds County Circuit Court, 1st Judicial District, Civil Action No. 251-03-184CIV

47.   *John Redmond, et al. vs. Lincoln Electric Co., et al.*, Washington County Circuit Court, Civil Action No. CI2002-303

48.   *Otis Richardson and James Henry vs. Lincoln Electric Co., et al.*, Lowndes County Circuit Court, Civil Action No. 2002-296CV1

49.   *Glenora Robinson, et al. v. Lincoln Electric Co., et al.*, Forrest County Circuit Court, Civil Action No. CI02-0431

50.   *Anson Russell, et al. vs. Lincoln Electric Co., et al.*, Smith County Circuit Court, Civil Action No. 2002-498

51.   *Michael and Bobbie Shaifer vs. Lincoln Electric Co., et al.*, Claiborne County Circuit Court, Civil Action No. 2002-338

52.   *Essex Smith vs. Lincoln Electric Co., et al.*, Lowndes County Circuit Court, Civil Action No. 2002-0297-CV1

53.   *Lee Smith vs. Lincoln Electric Co., et al.*, Harrison County Circuit Court, Civil Action No. A2402-02-334

54.   *Jerry L. Stander and Emma L. Stander vs. Lincoln Electric Co., et al.*, Jefferson County Circuit Court, Civil Action No. 2002-272

55.   *Edward and Juanita Stringer vs. Lincoln Electric Co., et al.*, Claiborne County Circuit Court, Civil Action No. 2002-337

56.   *Rachael Torrain vs. Lincoln Electric Co., et al.*, Claiborne County Circuit Court, Civil Action No. 2002-335

57.   *Villard Turbeville vs. Lincoln Electric Co., et al.*, Holmes County Circuit Clerk, Civil Action No. 02-0230

58.   *Alphonse Wells and Laverne Wells vs. Lincoln Electric Co., et al.*, Jefferson County Circuit Court, Civil Action No. 2002-273

59.   *Eddie Wells and Louella Wells vs. Lincoln Electric Co., et al.*, Claiborne County Circuit Court, Civil Action No. 2002-334

4

60. <u>Willie Williams, et al. vs. Lincoln Electric Co., et al.</u>, Holmes County Circuit Court, Civil Action No. 2002-503

61. <u>Flemon Woods vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-274

Richard M. Edmonson (MSB #5473)
Attorney for Defendant Deloro Stellite Company, Inc.

K:\rme\Deloro Stellite\General File\Miscellaneous\JoinderinRemoval.wpd

5

## JOINDER IN NOTICE OF REMOVAL

Defendant Select Arc, Inc. hereby join in and consent to the removal of the following cases:

1. Emmett Adams, et al. vs. Lincoln Electric Company, et al., Smith County Circuit Court, Civil Action No. 2002-338

2. Kenneth Adams, et al. v. Lincoln Electric Co., et al., Forrest County Circuit Court, Civil Action No. CI02-0400

3. Robert E. Allen and Karen S. Allen vs. Lincoln Electric Company, et al., Jackson County Circuit Court,  Civil Action No. CI-2002-003-WR

4. Harry Anderson and Eva Anderson vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-265

5. Ralph W. Anglin and Tammy Lee Anglin vs. Lincoln Electric Company, et al, Jackson County Circuit Court, Civil Action No. CI-2002-001-WR

6. Wilbert Archer and Mary Archer vs. Lincoln Electric Co., et al., Claiborne Circuit Court, Civil Action No. 2002-322

7. Will Armstrong vs. Lincoln Electric Co., et al, Claiborne Circuit Court, Civil Action No. 2002-332

8. James Banks, et al. vs. Lincoln Electric Co., et al., Jefferson Circuit Court, Civil Action No. 2002-290

9. O.D. Barnes, et al. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-397-CIV12

10. Norman Bates, et al. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002- 398-CIV12

11. Kenneth D. Beasley, Sr., et al. vs. Lincoln Electric Co., et al., Adams County Circuit Court, Civil Action No. 02-KV- 0253-J

12. Curtis Bender vs. Lincoln Electric Co., et al., Jasper Circuit Court, First Judicial District, Civil Action No. 12-0231

13. Joe Blackman, et al. vs. Lincoln Electric Co., et al., Holmes County Circuit Court, Civil Action No. 2002-260

14. Ernest Bolton, et al. vs. Lincoln Electric, et al., Perry County Circuit Court, Civil Action No. 2002-0120

15. Leonard Broughton vs. Lincoln Electric Co., et al., Harrison County Circuit Court, 2d

Judicial District, Civil Action No. A2402-02-335

16.   Willie Buck, Sr. vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-329

17.   Leandrew Cadney, et al. vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-326

18.   John Campbell vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-325

19.   Damon Carr and Bertha Carr vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-324

20.   Robert Carr and Debra Carr vs. Lincoln Electric Co., et al., Smith County Circuit Court, Civil Action No. 2002-496

21.   Thomas Carter, et al. vs. Lincoln Electric Co., et al., Forrest County Circuit Court, Civil Action No. CI02-0401

22.   Jack Dantzler, et al. v. Sanderson Farms, Inc., et al., Forrest County Circuit Court, Civil Action No. CI02-0458

23.   Bobby Deanes and Mary Bell vs. Lincoln Electric Co., et al., Clay County Circuit Court, Civil Action No. 2002-269

24.   Herman Ray Dearmon, Sr. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-396-CIV12

25.   Richard J. Dubose, Sr. et al. vs. Lincoln Electric Company, et al., Smith County Circuit Court, Civil Action No. 2002-497

26.   Clarence R. Dykes, et al. v. Lincoln Electric Co., et al., Jones County Circuit Court, 2nd Judicial District, Civil Action No. 2002-373-CV12

27.   Bobby Edwards vs. Lincoln Electric Co., et al., Copiah County Circuit Court, Civil Action No. 2002-0356

28.   Richard Fife vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-327

29.   Ethal Graham and John Leggette vs. Lincoln Electric Co., et al., Noxubee County Circuit Court, Civil Action No. 02-460

30.   Jessie Green, et al. vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil

Action No. 2002-260

31.  Billy Joe Holloway  v. B&R Industrial Supply, et al., Smith County Circuit Court, Civil Action No. 2002-597

32.  Willie L. Jackson and Mary Jackson vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-268

33.  Carl Johnson vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-269

34.  Lissa Johnson, et al. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-372-CV12

35.  Otis Jones, Jr., et al. vs. Lincoln Electric Co., et al., Jasper County Circuit Court, 1st Judicial District,  Civil Action No. 12-0200

36.  Eddie Kilcrease and Mellia Kilcrease vs. Lincoln Electric Company, et al., Claiborne County Circuit Court, Civil Action No. 2002-341

37.  Norris G. Lingle, et al. vs. Lincoln Electric Co., et al., Smith County Circuit Court, Civil Action No. 2002-499

38.  Rene Mackey vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-270

39.  Lee Mattix, et al. vs. Lincoln Electric Co., et al., Noxubee County Circuit Court, Civil Action No. 2002-414

40.  James Maye vs. Lincoln Electric Company, et al., Harrison County Circuit Court, Civil Action No. A2402-02-336

41.  Lee McWilliams, et al. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 1st Judicial District, Civil Action No. 2002-101-CV12

42.  Vernon Stanley Morris, et al. vs. Lincoln Electric Co., et al.  Copiah County Circuit Court, Civil Action No. 2001-475

43.  William H. Paige, Sr. vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-271

44.  Edward and Melba Pickering vs. Lincoln Electric Company, et al., Claiborne County Circuit Court, Civil Action No. 2002-340

45. <u>Jimmy and Sue Pickering vs. Lincoln Electric Co.</u>, et al., Claiborne County Circuit Court, Civil Action No. 2002-339

46. <u>Wilson Presher vs. Lincoln Electric Co., et al.</u>, Smith County Circuit Court, Civil Action No. 2002-575

47. <u>Clarence Ratliff and McKinley Cox vs. Lincoln Electric Co., et al.</u>, Hinds County Circuit Court, 1st Judicial District, Civil Action No. 251-03-184CIV

48. <u>John Redmond, et al. vs. Lincoln Electric Co., et al.</u>, Washington County Circuit Court, Civil Action No. CI2002-303

49. <u>Otis Richardson and James Henry vs. Lincoln Electric Co., et al.</u>, Lowndes County Circuit Court, Civil Action No. 2002-296CV1

50. <u>Glenora Robinson, et al. v. Lincoln Electric Co., et al.</u>, Forrest County Circuit Court, Civil Action No. CI02-0431

51. <u>Anson Russell, et al. vs. Lincoln Electric Co., et al.</u>, Smith County Circuit Court, Civil Action No. 2002-498

52. <u>Michael and Bobbie Shaifer vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-338

53. <u>Essex Smith vs. Lincoln Electric Co., et al.</u>, Lowndes County Circuit Court, Civil Action No. 2002-0297-CV1

54. <u>Lee Smith vs. Lincoln Electric Co., et al.</u>, Harrison County Circuit Court, Civil Action No. A2402-02-334

55. <u>Jerry L. Stander and Emma L. Stander vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-272

56. <u>Edward and Juanita Stringer vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-337

57. <u>Rachael Torrain vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-335

58. <u>Villard Turbeville vs. Lincoln Electric Co., et al.</u>, Holmes County Circuit Clerk, Civil Action No. 02-0230

59. <u>Alphonse Wells and Laverne Wells vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-273

4

60.   Eddie Wells and Louella Wells vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-334

61.   Willie Williams, et al. vs. Lincoln Electric Co., et al., Holmes County Circuit Court, Civil Action No. 2002-503

62.   Flemon Woods vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-274

Richard M. Edmonson (MSB #5473)
Attorney for Defendant and Select Arc, Inc.

K:\rme\Cincinnati Ins.Co\Select Arc, Inc\General\Miscellaneous\JoinderinRemoval.wpd

## JOINDER IN NOTICE OF REMOVAL

Defendant Welding Engineering Supply Company, Inc. hereby joins in and consents to the removal of the following cases:

1. <u>Emmett Adams, et al. vs. Lincoln Electric Company, et al.</u>, Smith County Circuit Court, Civil Action No. 2002-338

2. <u>Kenneth Adams, et al. v. Lincoln Electric Co., et al.</u>, Forrest County Circuit Court, Civil Action No. CI02-0400

3. <u>Robert E. Allen and Karen S. Allen vs. Lincoln Electric Company, et al.</u>, Jackson County Circuit Court,  Civil Action No. CI-2002-003-WR

4. <u>Harry Anderson and Eva Anderson vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-265

5. <u>Ralph W. Anglin and Tammy Lee Anglin vs. Lincoln Electric Company, et al</u>, Jackson County Circuit Court, Civil Action No. CI-2002-001-WR

6. <u>Wilbert Archer and Mary Archer vs. Lincoln Electric Co., et al.</u>, Claiborne Circuit Court, Civil Action No. 2002-322

7. <u>Will Armstrong vs. Lincoln Electric Co., et al</u>, Claiborne Circuit Court, Civil Action No. 2002-332

8. <u>James Banks, et al. vs. Lincoln Electric Co., et al.</u>, Jefferson Circuit Court, Civil Action No. 2002-290

9. <u>O.D. Barnes, et al. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-397-CIV12

10. <u>Norman Bates, et al. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002- 398-CIV12

11. <u>Kenneth D. Beasley, Sr., et al. vs. Lincoln Electric Co., et al.</u>, Adams County Circuit Court, Civil Action No. 02-KV- 0253-J

12. <u>Curtis Bender vs. Lincoln Electric Co., et al.</u>, Jasper Circuit Court, First Judicial District, Civil Action No. 12-0231

13. <u>Joe Blackman, et al. vs. Lincoln Electric Co., et al.</u>, Holmes County Circuit Court, Civil Action No. 2002-260

14. <u>Ernest Bolton, et al. vs. Lincoln Electric, et al.</u>, Perry County Circuit Court, Civil Action No. 2002-0120

15. <u>Leonard Broughton vs. Lincoln Electric Co., et al.</u>, Harrison County Circuit Court, 2d Judicial District, Civil Action No. A2402-02-335

16. <u>Willie Buck, Sr. vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-329

17. <u>Leandrew Cadney, et al. vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-326

18. <u>John Campbell vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-325

19. <u>Damon Carr and Bertha Carr vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-324

20. <u>Robert Carr and Debra Carr vs. Lincoln Electric Co., et al.</u>, Smith County Circuit Court, Civil Action No. 2002-496

21. <u>Thomas Carter, et al. vs. Lincoln Electric Co., et al.</u>, Forrest County Circuit Court, Civil Action No. CI02-0401

22. <u>Jack Dantzler, et al. v. Sanderson Farms, Inc., et al.</u>, Forrest County Circuit Court, Civil Action No. CI02-0458

23. <u>Bobby Deanes and Mary Bell vs. Lincoln Electric Co., et al.</u>, Clay County Circuit Court, Civil Action No. 2002-269

24. <u>Herman Ray Dearmon, Sr. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-396-CIV12

25. <u>Richard J. Dubose, Sr. et al. vs. Lincoln Electric Company, et al.</u>, Smith County Circuit Court, Civil Action No. 2002-497

26. <u>Clarence R. Dykes, et al. v. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 2nd Judicial District, Civil Action No. 2002-373-CV12

27. <u>Bobby Edwards vs. Lincoln Electric Co., et al.</u>, Copiah County Circuit Court, Civil Action No. 2002-0356

28. <u>Richard Fife vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-327

29. <u>Ethal Graham and John Leggette vs. Lincoln Electric Co., et al.</u>, Noxubee County Circuit Court, Civil Action No. 02-460

30. <u>Jessie Green, et al. vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-260

31. <u>Willie L. Jackson and Mary Jackson vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-268

32. <u>Carl Johnson vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-269

33. <u>Lissa Johnson, et al. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-372-CV12

34. <u>Otis Jones, Jr., et al. vs. Lincoln Electric Co., et al.</u>, Jasper County Circuit Court, 1st Judicial District,  Civil Action No. 12-0200

35. <u>Eddie Kilcrease and Mellia Kilcrease vs. Lincoln Electric Company, et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-341

36. <u>Norris G. Lingle, et al. vs. Lincoln Electric Co., et al.</u>, Smith County Circuit Court, Civil Action No. 2002-499

37. <u>Rene Mackey vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-270

38. <u>Lee Mattix, et al. vs. Lincoln Electric Co., et al.</u>, Noxubee County Circuit Court, Civil Action No. 2002-414

39. <u>James Maye vs. Lincoln Electric Company, et al.</u>, Harrison County Circuit Court, Civil Action No. A2402-02-336

40. <u>Lee McWilliams, et al. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 1st Judicial District, Civil Action No. 2002-101-CV12

41. <u>Vernon Stanley Morris, et al. vs. Lincoln Electric Co.</u>, et al.  Copiah County Circuit Court, Civil Action No. 2001-475

42. <u>William H. Paige, Sr. vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-271

43. <u>Edward and Melba Pickering vs. Lincoln Electric Company, et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-340

44. <u>Jimmy and Sue Pickering vs. Lincoln Electric Co.</u>, et al., Claiborne County Circuit Court, Civil Action No. 2002-339

45. <u>Wilson Presher vs. Lincoln Electric Co., et al.</u>, Smith County Circuit Court, Civil Action No. 2002-575

46. <u>Clarence Ratliff and McKinley Cox vs. Lincoln Electric Co., et al.</u>, Hinds County Circuit Court, 1st Judicial District, Civil Action No. 251-03-184CIV

47. <u>John Redmond, et al. vs. Lincoln Electric Co., et al.</u>, Washington County Circuit Court, Civil Action No. CI2002-303

48. <u>Otis Richardson and James Henry vs. Lincoln Electric Co., et al.</u>, Lowndes County Circuit Court, Civil Action No. 2002-296CV1

49. <u>Glenora Robinson, et al. v. Lincoln Electric Co., et al.</u>, Forrest County Circuit Court, Civil Action No. CI02-0431

50. <u>Anson Russell, et al. vs. Lincoln Electric Co., et al.</u>, Smith County Circuit Court, Civil Action No. 2002-498

51. <u>Michael and Bobbie Shaifer vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-338

52. <u>Essex Smith vs. Lincoln Electric Co., et al.</u>, Lowndes County Circuit Court, Civil Action No. 2002-0297-CV1

53. <u>Lee Smith vs. Lincoln Electric Co., et al.</u>, Harrison County Circuit Court, Civil Action No. A2402-02-334

54. <u>Jerry L. Stander and Emma L. Stander vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-272

55. <u>Edward and Juanita Stringer vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-337

56. <u>Rachael Torrain vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-335

57. <u>Villard Turbeville vs. Lincoln Electric Co., et al.</u>, Holmes County Circuit Clerk, Civil Action No. 02-0230

58. <u>Alphonse Wells and Laverne Wells vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-273

59. <u>Eddie Wells and Louella Wells vs. Lincoln Electric Co., et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-334

4

60. <u>Willie Williams, et al. vs. Lincoln Electric Co., et al.</u>, Holmes County Circuit Court, Civil Action No. 2002-503

61. <u>Flemon Woods vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-274

Respectfully submitted,

WELDING ENGINEERING SUPPLY COMPANY, INC.

BY: _____
M. SCOTT MINYARD

M. SCOTT MINYARD - BAR # 10047
BARRY C. CAMPBELL - BAR # 99535
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
4268 I-55 NORTH
MEADOWBROOK OFFICE PARK (39211)
POST OFFICE BOX 14167
JACKSON MS 39236
(601) 351-2400 - PHONE
(601) 351-2424 - FAX
ATTORNEYS FOR WELDING ENGINEERING SUPPLY CO., INC.

## JOINDER IN NOTICE OF REMOVAL

Defendants Illinois Tool Works Inc. and Miller Electric Mfg. Co. hereby join in and consent

to the removal of the following cases:

1. Joe Blackman, et al. v. Lincoln Electric Company, et al.
   In the Circuit Court of Holmes County, Mississippi; Case No. 2002-260

2. John Redmond, et al. v. Lincoln Electric Company, et al.
   In the Circuit Court of Washington County, MS;

3. Bobby Edwards, et al. v. Lincoln Electric Co., et al.
   In The Circuit Court of Copiah County, Mississippi; Case No. 2002-0356

4. Vernon Stanley Morris, et al. v. Lincoln Electric Co., et al.
   In The Circuit Court of Copiah County, Mississippi; Case No. 2002-475

5. Emmett Adams, et al. v. Lincoln Electric Company, et al.
   In The Circuit Court of Smith County, Mississippi; Case No. 2002-333

6. Jack Dantzler, et al. v. Sanderson Farms, Inc., et al.
   In the Circuit Court of Forrest County, Mississippi; Case No. C102-0458

7. Billy Joe Holloway v. B & R Industrial Supply, et al.
   In the Circuit Court of Smith County, Mississippi; Case No. 2002-597

8. Willie and Mary Jackson v. Lincoln Electric Co., et al.
   In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-268

9. Eddie and Lou Ella Wells v. Lincoln Electric Co., et al.
   In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-334

10. Rachael Torrain v. Lincoln Electric Co., et al.
    In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-335

11. John Campbell v. Lincoln Electric Co., et al.
    In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-325

12. Otis Jones v. Lincoln Electric Co., et al.
    In the Circuit Court of Jasper County, Mississippi; Case No. 12-0200

13. Michael and Bobbie Shaifer v. Lincoln Electric Co., et al.
    In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-338

14.  Jimmy L. and Sue Pickering v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-339

15.  Edward and Melba Pickering v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-340

16.  Edward L. and Juanita Jane Stringer v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-337

17.  Damon and Bertha Carr v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-324

18.  Wilbert and Mary Archer v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-322

19.  Alphonse and LaVerne Wells v. Lincoln Electric Co., et al.
     In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-273

20.  Jerry and Emma Stander v. Lincoln Electric Co., et al.
     In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-272

21.  William Paige, Sr. v. Lincoln Electric Co., et al.
     In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-271

22.  Harry L. and Eva Anderson v. Lincoln Electric Co., et al.
     In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-265

23.  Will Armstrong v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-332

24.  Willie Buck, Sr. v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-329

25.  Richard Fife v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-327

26.  Leandrew and Ora Lee Cadney v. Lincoln Electric Co., et al.
     In the Circuit Court of Jasper County, Mississippi; Case No. 2002-326

27.  Flemon Woods v. Lincoln Electric Co., et al.
     In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-274

28.  Anson Russell, et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Smith County, Mississippi; Case No. 2002-498

29.  Rene Mackey v. Lincoln Electric Co., et al.
     In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-270

30.  Carl Johnson v. Lincoln Electric Co., et al.
     In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-269

31.  Richard J. Dubose, Sr., et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Smith County, Mississippi; Case No. 2002-497

32.  Robert C. and Debra Carr, et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Smith County, Mississippi; Case No. 2002-496

33.  Norris G. Lingle, et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Smith County, Mississippi; Case No. 2002-499

34.  Ernest Bolton, et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Perry County, Mississippi; Case No. 2002-0120

35.  Eddie and Mellia Kilcrease v. Lincoln Electric Co., et al.
     In the Circuit Court of Claiborne County, Mississippi; Case No. 2002-341

36.  Lee Mattix, et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Noxubee County, Mississippi; Case No. 2002-414

37.  Willie Williams, et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Holmes County, Mississippi; Case No. 2002-503

38.  Essex Smith v. Lincoln Electric Co., et al.
     In the Circuit Court of Lowndes, Mississippi; Case No. 2002-0297-CV1

39.  Lee McWilliams v. Lincoln Electric Co., et al.
     In the Circuit Court of Jones County, Mississippi; Case No. 2002-101-CV12

40.  Ethal B. Graham, et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Noxubee County, Mississippi; Case No. 02460

41.  Lee Smith v. Lincoln Electric Co., et al.
     In the Circuit Court of Harrison County, Mississippi; Case No. A2402-02-334

42.  Curtis Bender v. Lincoln Electric Co., et al.
     In the Circuit Court of Jasper County, Mississippi; Case No. 12-0231

43.  Bobby Deanes, et al. v. Lincoln Electric Co., et al.
     In the Circuit Court of Clay County, Mississippi; Case No. 2002-269

44. <u>Villard Turbeville v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Humphreys County, Mississippi; Case No. 020230

45. <u>James Maye v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Harrison County, Mississippi; Case No. A2402-02-336

46. <u>Otis L. Richardson v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Lowndes County, Mississippi; Case No. 2002-0296-CV1

47. <u>Clarence Ratliff, et al. v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Hinds County, Mississippi; Case No. 251-03-184

48. <u>Leonard Broughton v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Harrison County, Mississippi; Case No. A2402-02-335

49. <u>Wilson Presher v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Smith County, Mississippi; Case No. 2002-575

50. <u>Jessie H. Green, et al. v. Lincoln Electric Company, et al.</u>
In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-260

51. <u>Glenora S. Robinson, et al. v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Forrest County, Mississippi; Case No. C102-0431

52. <u>Lissa B. Johnson, et al. v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Forrest County, Mississippi; Case No. 2002-372-CV12

53. <u>Thomas J. Carter, et al. v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Forrest County, Mississippi; Case No. C102-0401

54. <u>Kenneth Adams, et al. v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Forrest County, Mississippi; Case No. C102-0400

55. <u>Clarence R. Dykes, et al. v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Forrest County, Mississippi; Case No. 2002-373-CV12

56. <u>Ralph W. Anglin, et al. v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Forrest County, Mississippi; Case No. C1 2002-001 WR

57. <u>Robert E. Allen, et al. v. Lincoln Electric Co., et al.</u>
In the Circuit Court of Jackson County, Mississippi; Case No. C1-2002-003-WR

58. <u>Bobby Edwards, et al. v. Lincoln Electric Co., et al.</u>
In The Circuit Court of Copiah County, Mississippi; Case No. 2002-0356

59.  <u>Vernon Stanley Morris, et al. v. Lincoln Electric Co., et al.</u>
     In The Circuit Court of Copiah County, Mississippi; Case No. 2002-475

60.  <u>James Banks, et al v. Lincoln Electric Company, et al</u>
     In the Circuit Court of Jefferson County, Mississippi; Case No. 2002-290

61.  <u>O.D. Barnes, et al v. Lincoln Electric Company, et al</u>
     In the Circuit Court of Jones County, Mississippi Second Judicial District
     Case No. 2002-397-CV12

62.  <u>Herman Dearmon, et al v. Lincoln Electric Company, et al</u>
     In the Circuit Court of Jones County, Mississippi Second Judicial District
     Case No. 2002-396-CV12

63.  <u>Norman Bates, et al v. Lincoln Electric Company, et al</u>
     In the Circuit Court of Jones County, Mississippi Second Judicial District
     Case No. 2002-398-CV12

64.  <u>Kenneth Beasley, et al v. Lincoln Electric Company, et al</u>
     In the Circuit Court of Adams County, Mississippi
     Case No. 02-KV-0253-J

O. Stephen Montagnet, III (MSB 10049)
Attorney for Defendants Illinois Tool Works Inc.
and Miller Electric Mfg. Co.

## JOINDER IN NOTICE OF REMOVAL

Defendant Caterpillar, Inc. hereby joins in and consents to the removal of the following cases:

1. <u>Emmett Adams, et al. vs. Lincoln Electric Company, et al.</u>, Smith County Circuit Court, Civil Action No. 2002-338

2. <u>Kenneth Adams, et al. v. Lincoln Electric Co., et al.</u>, Forrest County Circuit Court, Civil Action No. CI02-0400

3. <u>Robert E. Allen and Karen S. Allen vs. Lincoln Electric Company, et al.</u>, Jackson County Circuit Court, Civil Action No. CI-2002-003-WR

4. <u>Harry Anderson and Eva Anderson vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-265

5. <u>Ralph W. Anglin and Tammy Lee Anglin vs. Lincoln Electric Company, et al</u>, Jackson County Circuit Court, Civil Action No. CI-2002-001-WR

6. <u>Wilbert Archer and Mary Archer vs. Lincoln Electric Co., et al.</u>, Claiborne Circuit Court, Civil Action No. 2002-322

7. <u>Will Armstrong vs. Lincoln Electric Co., et al</u>, Claiborne Circuit Court, Civil Action No. 2002-332

8. <u>James Banks, et al. vs. Lincoln Electric Co., et al.</u>, Jefferson Circuit Court, Civil Action No. 2002-290

9. <u>O.D. Barnes, et al. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-397-CV12

10. <u>Norman Bates, et al. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002- 398-CV12

11. <u>Kenneth D. Beasley, Sr., et al. vs. Lincoln Electric Co., et al.</u>, Adams County Circuit Court, Civil Action No. 02-KV- 0253-J

12. <u>Curtis Bender vs. Lincoln Electric Co., et al.</u>, Jasper Circuit Court, First Judicial District, Civil Action No. 12-0231

13. <u>Joe Blackman, et al. vs. Lincoln Electric Co., et al.</u>, Holmes County Circuit Court, Civil Action No. 2002-260

14. <u>Ernest Bolton, et al. vs. Lincoln Electric, et al.</u>, Perry County Circuit Court, Civil Action No. 2002-0120

15.	Leonard Broughton vs. Lincoln Electric Co., et al., Harrison County Circuit Court, 2d Judicial District, Civil Action No. A2402-02-335

16.	Willie Buck, Sr. vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-329

17.	Leandrew Cadney, et al. vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-326

18.	John Campbell vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-325

19.	Damon Carr and Bertha Carr vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-324

20.	Robert Carr and Debra Carr vs. Lincoln Electric Co., et al., Smith County Circuit Court, Civil Action No. 2002-496

21.	Thomas Carter, et al. vs. Lincoln Electric Co., et al., Forrest County Circuit Court, Civil Action No. CI02-0401

22.	Jack Dantzler, et al. v. Sanderson Farms, Inc., et al., Forrest County Circuit Court, Civil Action No. CI02-0458

23.	Bobby Deanes and Mary Bell vs. Lincoln Electric Co., et al., Clay County Circuit Court, Civil Action No. 2002-269

24.	Herman Ray Dearmon, Sr. vs. Lincoln Electric Co., et al., Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-396-CIV12

25.	Richard J. Dubose, Sr. et al. vs. Lincoln Electric Company, et al., Smith County Circuit Court, Civil Action No. 2002-497

26.	Clarence R. Dykes, et al. v. Lincoln Electric Co., et al., Jones County Circuit Court, 2nd Judicial District, Civil Action No. 2002-373-CV12

27.	Bobby Edwards vs. Lincoln Electric Co., et al., Copiah County Circuit Court, Civil Action No. 2002-0356

28.	Richard Fife vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-327

29.  <u>Ethal Graham and John Legette vs. Lincoln Electric Co., et al.</u>, Noxubee County Circuit Court, Civil Action No. 02-460

30.  <u>Jessie Green, et al. vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-260

31.  <u>Willie L. Jackson and Mary Jackson vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-268

32.  <u>Carl Johnson vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-269

33.  <u>Lissa Johnson, et al. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 2d Judicial District, Civil Action No. 2002-372-CV12

34.  <u>Otis Jones, Jr., et al. vs. Lincoln Electric Co., et al.</u>, Jasper County Circuit Court, 1st Judicial District,  Civil Action No. 12-0200

35.  <u>Eddie Kilcrease and Mellia Kilcrease vs. Lincoln Electric Company, et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-341

36.  <u>Norris G. Lingle, et al. vs. Lincoln Electric Co., et al.</u>, Smith County Circuit Court, Civil Action No. 2002-499

37.  <u>Rene Mackey vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-270

38.  <u>Lee Mattix, et al. vs. Lincoln Electric Co., et al.</u>, Noxubee County Circuit Court, Civil Action No. 2002-414

39.  <u>James Maye vs. Lincoln Electric Company, et al.</u>, Harrison County Circuit Court, Civil Action No. A2402-02-336

40.  <u>Lee McWilliams, et al. vs. Lincoln Electric Co., et al.</u>, Jones County Circuit Court, 1st Judicial District, Civil Action No. 2002-101-CV12

41.  <u>Vernon Stanley Morris, et al. vs. Lincoln Electric Co.</u>, et al.  Copiah County Circuit Court, Civil Action No. 2001-475

42.  <u>William H. Paige, Sr. vs. Lincoln Electric Co., et al.</u>, Jefferson County Circuit Court, Civil Action No. 2002-271

43.  <u>Edward and Melba Pickering vs. Lincoln Electric Company, et al.</u>, Claiborne County Circuit Court, Civil Action No. 2002-340

3

44. Jimmy and Sue Pickering vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-339

45. Wilson Presher vs. Lincoln Electric Co., et al., Smith County Circuit Court, Civil Action No. 2002-575

46. Clarence Ratliff and McKinley Cox vs. Lincoln Electric Co., et al., Hinds County Circuit Court, 1st Judicial District, Civil Action No. 251-03-184CIV

47. John Redmond, et al. vs. Lincoln Electric Co., et al., Washington County Circuit Court, Civil Action No. CI2002-303

48. Otis Richardson and James Henry vs. Lincoln Electric Co., et al., Lowndes County Circuit Court, Civil Action No. 2002-296CV1

49. Glenora Robinson, et al. v. Lincoln Electric Co., et al., Forrest County Circuit Court, Civil Action No. CI02-0431

50. Anson Russell, et al. vs. Lincoln Electric Co., et al., Smith County Circuit Court, Civil Action No. 2002-498

51. Michael and Bobbie Shaifer vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-338

52. Essex Smith vs. Lincoln Electric Co., et al., Lowndes County Circuit Court, Civil Action No. 2002-0297-CV1

53. Lee Smith vs. Lincoln Electric Co., et al., Harrison County Circuit Court, Civil Action No. A2402-02-334

54. Jerry L. Stander and Emma L. Stander vs. Lincoln Electric Co., et al., Jefferson County Circuit Court, Civil Action No. 2002-272

55. Edward and Juanita Stringer vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-337

56. Rachael Torrain vs. Lincoln Electric Co., et al., Claiborne County Circuit Court, Civil Action No. 2002-335

57. Villard Turbeville vs. Lincoln Electric Co., et al., Humphreys County Circuit Clerk, Civil Action No. 02-0230

58. Alphonse Wells and Laverne Wells vs. Lincoln Electric Co., et al., Jefferson County Circuit

4

Court, Civil Action No. 2002-273

59. <u>Eddie Wells and Louella Wells vs. Lincoln Electric Co., et al.,</u> Claiborne County Circuit Court, Civil Action No. 2002-334


60. <u>Flemon Woods vs. Lincoln Electric Co., et al.,</u> Jefferson County Circuit Court, Civil Action No. 2002-274

Betty A. Mallett (MSB #8867)
Attorney for Defendant Caterpillar Inc.